# In The United States Court of Federal Claims

Cover Sheet 06-222 T

Plaintiff(s) or Petitioner(s)
LLOYD W. BAILEY, ET AL. - see attached alphabetized, numbered list of all plaintiffs

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] Sallie W. Gladney

Firm Name: Redding & Associates

Post Office Box:

Street Address: 2914 West T.C. Jester

City-State-Zip: Houston, Texas 77018

Telephone & Facsimile Numbers: 713-965-9244 713-621-5227

E-mail address: ReddingTaxCM@aol.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 2 1 2

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: T R E

**See attached Sheet for three digit code.**

Amount Claimed: $ 333,031.10

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003

**<u>Alphabetized, Numbered List of All Plaintiffs Pursuant to RCFC 20(a)</u>**

1. Lloyd W. Bailey,
2. William L. and Norma A. Cawley,
3. C. Robert and Joanne Clarke,
4. Harold A. and Ruth Cooper, Dec'd,
5. Arthur B. and Miriam J. Gauss,
6. Vaughn and Audrey Gregor,
7. Ismael O. and Deanna A. Jamora,
8. Steven J. and Janis Z. Koehler,
9. W. John and Marjorie O'Shaughnessey,
10. Thomas W. Umberger, and
11. Lyndon C. Weberg,