ORIGINAL

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LLOYD W. BAILEY, | § | |
| WILLIAM L. CAWLEY and NORMA A. CAWLEY, | § | |
| C. ROBERT CLARKE and JOANNE CLARKE, | § | |
| HAROLD A. COOPER and RUTH COOPER, Dec'd, | § | |
| ARTHUR B. GAUSS and MIRIAM J. GAUSS, | § | |
| VAUGHN GREGOR and AUDREY GREGOR, | § | FILED MAR 22 2006 U.S. COURT OF FEDERAL CLAIMS |
| ISMAEL O. JAMORA and DEANNA A. JAMORA, | § | |
| STEVEN J. KOEHLER and JANIS Z. KOEHLER, | § | |
| W. JOHN O'SHAUGHNESSEY, MARJORIE O'SHAUGHNESSEY, | § | |
| THOMAS W. UMBERGER, and | § | |
| LYNDON C. WEBERG, | § | |
| Plaintiffs, | § | 06-222 T |
| v. | § | CIVIL NO.________________ |
| UNITED STATES OF AMERICA | § | |
| Defendant. | § | |

R:\DOCS\TAXCONT.T\TGWN3176.EL1.wpd

**NOTICE OF INDIRECTLY RELATED CASES**

The above captioned and styled matter is a tax refund case indirectly related to *McGann v. United States*, filed November 10, 2005 at docket number 05-1189 and assigned to Judge Lettow.

Respectfully,

Sallie W. Gladney
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)
ATTORNEY FOR PLAINTIFFS

OF COUNSEL FOR PLAINTIFFS:
Teresa J. Womack
Thomas E. Redding
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713)965-9244 Voice
(713)621-5227 Fax

**Certificate of Service**

On March 17, 2006, the forgoing Notice of Indirectly related cases was served by U.S. mail on the following counsel for the United States in the above referenced indirectly related case:

Mr. Bart D. Jeffress
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Station
Washington, D.C. 20044

Sallie W. Gladney