IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-222 T

Judge Nancy B. Firestone

---

LLOYD W. BAILEY et. al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

---

MOTION OF THE UNITED STATES FOR SECOND ENLARGEMENT OF TIME

---

The United States respectfully moves the Court for an enlargement of time of 49 days, from July 21, to and including September 8, 2006, within which to answer or otherwise respond to plaintiffs' complaint. This is the second enlargement requested for this purpose. The United States represents that the additional time is needed, because defendant's attorneys have not yet received from the Internal Revenue Service the IRS's recommended litigating position for this case.

Defendant's attorney of record communicated with the IRS attorney assigned responsibility for this case on July 20, 2006, and the IRS attorney informed defendant that he sent the recommending litigating position for this case to the national IRS office for review on July 13, 2006. In addition, the IRS attorney informed defendant that he had inquired but not yet heard from the national office regarding when review might be completed. In this regard, it

should be noted that recent flooding has affected communications to and the operations of the IRS national office.

The United States' receipt and review of the IRS's views are necessary prerequisites to filing a meaningful response to plaintiffs' complaint. Accordingly, to permit the IRS to finalize and transmit its recommended litigating position to defendant, and the undersigned attorney of record to review the IRS' submission, prepare a response to plaintiffs' complaint, and have it reviewed internally, defendant requests the Court grant the requested additional time.

Pursuant to RCFC 6.1, the United States has communicated with opposing counsel regarding this motion and opposing counsel has no objection to the enlargement of time.

Respectfully submitted,

s/Bart D. Jeffress
BART D. JEFFRESS
*Attorney of Record*
*U.S. Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
(202) 307-6496
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
STEVEN I. FRAHM
*Assistant Chief, Court of Federal Claims Section*

s/Steven I. Frahm
Of Counsel

July 20, 2006