# In the United States Court of Federal Claims

**No. 06-222T**
**(Filed: July 24, 2006)**

* * * * * * * * * * * * * * * * *
**LLOYD W. BAILEY, et. al.,** *

**Plaintiffs,** *

**v.** *

**THE UNITED STATES,** *

**Defendant.** *
* * * * * * * * * * * * * * * * *

**ORDER ON MOTION FOR ENLARGEMENT OF TIME**

Defendant's unopposed motion, filed July 20, 2006, for a 49-day enlargement of time within which to respond to plaintiffs' complaint is **GRANTED**. Accordingly, defendant shall file its response by **Friday, September 8, 2006**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge