IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-222 T

Judge Nancy B. Firestone

LLOYD W. BAILEY et. al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

JOINT MOTION TO DESIGNATE REPRESENTATIVE PLAINTIFFS
AND STAY OTHER PROCEEDINGS

The parties jointly request the Court to designate Steven J. Koehler and Janis Z. Koehler as representative plaintiffs and to stay proceedings on the other plaintiffs' claims until resolution of the Koehlers' claims.

Plaintiffs, including the Koehlers, are eleven sets of taxpayers who allege virtually identical legal claims based on substantially similar fact patterns. Accordingly, for efficient handling of plaintiffs' claims and to preserve the Court's and the parties' resources, the parties request that the Court first adjudicate the claims of the Koehlers, and, then, within 30 days after those claims are resolved, the parties shall file a joint status report discussing the effect of such resolution on the claims of the other plaintiffs and proposing a plan for further proceedings.

Under the parties' proposal, the first step in resolving the Koehlers' claims would remain as scheduled. Defendant will answer the Koehlers' allegations (which are set forth in Count 14

of plaintiffs' complaint) on or before September 8, 2006. Thereafter, proceedings on the Koehlers' claims would proceed in accord with the Rules of the Court of Federal Claims.

Plaintiffs' attorney has consented to defendant's attorney signing and filing this Joint Motion on her behalf.

Respectfully submitted,

09/01/2006 s/Sallie W. Gladney by s/Bart D. Jeffress
Date SALLIE W. GLADNEY
Redding & Associates, P.C.
2914 West T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (fax)

Attorneys for Plaintiffs

09/01/2006 s/Bart D. Jeffress
Date BART D. JEFFRESS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6496
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

09/01/2006 s/Steven I. Frahm
Date Of Counsel

Attorneys for Defendant