# In the United States Court of Federal Claims

**No. 06-222T**
**(Filed: September 8, 2006)**

* * * * * * * * * * * * * * * * *
*
**LLOYD W. BAILEY, et. al.,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## ORDER ON MOTION

The parties' joint motion, filed September 1, 2006, to designate Steven J. Koehler and Janis Z. Koehler as representative plaintiffs and to stay proceedings on the other plaintiffs' claims pending resolution of the Koehlers' claims is **GRANTED**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge