# In the United States Court of Federal Claims

**No. 06-222T**
**(Filed: November 9, 2006)**

* * * * * * * * * * * * * * * * * *
*
**LLOYD W. BAILEY, et. al.,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * *

## ORDER

The court hereby **SCHEDULES** the joint preliminary status conference for **Friday, November 17, 2006 at 11:00 a.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be reached at the following numbers: counsel for plaintiff at (713) 965-9244; counsel for defendant at (202) 307-6496. The court will initiate the call.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge