IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LLOYD W. BAILEY,<br><br>WILLIAM L. CAWLEY and<br>NORMA A. CAWLEY,<br><br>C. ROBERT CLARKE and<br>JOANNE CLARKE,<br><br>HAROLD A. COOPER and<br>RUTH COOPER, Dec'd,<br><br>ARTHUR B. GAUSS and<br>MIRIAM J. GAUSS,<br><br>VAUGHN GREGOR and<br>AUDREY GREGOR,<br><br>ISMAEL O. JAMORA and<br>DEANNA A. JAMORA,<br><br>STEVEN J. KOEHLER and<br>JANIS Z. KOEHLER,<br><br>W. JOHN O'SHAUGHNESSEY,<br>MARJORIE O'SHAUGHNESSEY,<br><br>THOMAS W. UMBERGER, and<br><br>LYNDON C. WEBERG,<br><br>Plaintiffs,<br>v.<br><br><br>UNITED STATES OF AMERICA<br><br>Defendant. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL NO.06-222T<br>Judge Nancy B. Firestone |

**SUPPLEMENT TO PLAINTIFFS' ORIGINAL COMPLAINT**

Pursuant to Joint Preliminary Status Report dated October 30, 2006, Plaintiffs supplement their Original Complaint with the following attached materials:

Plaintiffs' Exhibit A - Plaintiff Bailey's letter transmitting his refund claims to the IRS with proof of mailing and receipt;

Plaintiffs' Exhibit B - Plaintiff Bailey's 1983 refund claim minus (i) original Exhibit B, a copy of *Krause v. Commissioner*, 99 T.C. 132 (1992), (ii) original Exhibit C, a copy of *Hildebrand v. Commissioner*, 28 F.3d 1024 (10th Cir. 1994), (iii) original Exhibit F, a copy of *Copeland v. Commissioner*, 290 F.3d 326 (5th Cir. 2002), and (iv) original Exhibit G, a copy of *Weiner v. United States*, 389 F.3d 152 (5th Cir. 2004);

Plaintiffs' Exhibit C - Plaintiff Bailey's 1984 refund claim minus original Exhibits B (*Krause*), C (*Hildebrand*), F (*Copeland*), and G (*Weiner*);

Plaintiffs' Exhibit D - Plaintiffs Cawleys' letter transmitting their refund claims to the IRS with proof of mailing and receipt;

Plaintiffs' Exhibit E - Plaintiffs Cawleys' 1983 refund claim minus original Exhibits B (*Krause*), C (*Hildebrand*), F (*Copeland*), and G (*Weiner*);

Plaintiffs' Exhibit F - Plaintiffs Gregors' letter transmitting their refund claims to the IRS with proof of mailing and receipt;

Plaintiffs' Exhibit G - Plaintiffs Gregors' 1983 refund claim minus original Exhibits B (*Krause*), C (*Hildebrand*), F (*Copeland*), and G (*Weiner*);

Plaintiffs' Exhibit H - Plaintiffs Coopers' letter transmitting their refund claims to the IRS with proof of mailing and receipt;

Plaintiffs' Exhibit I - Plaintiffs Coopers' 1981 refund claim minus original Exhibits B (*Krause*), C (*Hildebrand*), F (*Copeland*), and G (*Weiner*);

Plaintiffs' Exhibit J - Plaintiffs Coopers' 1983 refund claim minus original Exhibits B (*Krause*), C (*Hildebrand*), F (*Copeland*), and G (*Weiner*);

Plaintiffs' Exhibit K - Plaintiffs Coopers' 1984 refund claim minus original Exhibits B (*Krause*), C (*Hildebrand*), F (*Copeland*), and G (*Weiner*);

Plaintiffs' Exhibit L - Plaintiffs Gauss' letter transmitting their refund claims to the IRS with proof of mailing and receipt;

Plaintiffs' Exhibit M - Plaintiffs Gauss' 1983 refund claim minus original Exhibits B (*Krause*), C (*Hildebrand*), F (*Copeland*), and G (*Weiner*);

Plaintiffs' Exhibit N - Plaintiffs Gauss' 1984 refund claim minus original Exhibits B (*Krause*), C (*Hildebrand*), F (*Copeland*), and G (*Weiner*);

Plaintiffs' Exhibit O - Plaintiffs Jamoras' letter transmitting their refund claims to the IRS with proof of mailing and receipt;

Plaintiffs' Exhibit P - Plaintiffs Jamoras' 1983 refund claim minus original Exhibits B (*Krause*), C (*Hildebrand*), F (*Copeland*), and G (*Weiner*);

Plaintiffs' Exhibit Q - Plaintiffs Jamoras' 1984 refund claim minus original Exhibits B (*Krause*), C (*Hildebrand*), F (*Copeland*), and G (*Weiner*);

Plaintiffs' Exhibit R - Plaintiffs Jamoras' 1985 refund claim minus original Exhibits B (*Krause*), C (*Hildebrand*), F (*Copeland*), and G (*Weiner*);

Plaintiffs' Exhibit S - Plaintiffs Koehlers' letter transmitting their refund claim to the IRS with proof of mailing and receipt;

Plaintiffs' Exhibit T - Plaintiffs Koehlers' 1983 refund claim minus original Exhibits B (*Krause*), C (*Hildebrand*), F (*Copeland*), and G (*Weiner*);

Plaintiffs' Exhibit U - Plaintiffs O'Shaunesseys' letter transmitting their refund claim to the IRS with proof of mailing and receipt;

Plaintiffs' Exhibit V - Plaintiffs O'Shaunesseys' 1983 refund claim minus original Exhibits B (*Krause*), C (*Hildebrand*), F (*Copeland*), and G (*Weiner*);

Plaintiffs' Exhibit W - Plaintiff Umberger's letter transmitting his refund claim to the IRS with proof of mailing and receipt;

Plaintiffs' Exhibit X - Plaintiffs Umberger's 1983 refund claim minus original Exhibits B (*Krause*), C (*Hildebrand*), F (*Copeland*), and G (*Weiner*);

Plaintiffs' Exhibit Y - Plaintiff Weberg's letter transmitting his refund claim to the IRS with proof of mailing and receipt;

Plaintiffs' Exhibit Z - Plaintiffs Weberg's 1983 refund claim minus original Exhibits B (*Krause*), C (*Hildebrand*), F (*Copeland*), and G (*Weiner*);

All Plaintiffs' Exhibits are redacted in accordance with ¶7 of General Order 42A.

Respectfully,

/s/ Sallie W. Gladney

Sallie W. Gladney
Texas State Bar No. 00787546
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)
ATTORNEY FOR PLAINTIFFS

Of Counsel for Plaintiffs:
Teresa J. Womack
Texas State Bar No. 00788707
Thomas E. Redding
Texas State Bar No. 16661300
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)