**Derringer Oil Technology Partners 1981 - 1983 Tax Year**

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Adjustments to Ordinary Income: | | |
| A. Interest Expense | $895,482.00 | $0.00 |
| B. Guaranteed Payments | 11,066.00 | 11,066.00 |
| C. Depreciation | 1,717.00 | 1,717.00 |
| D. Other Deductions: | | |
| 1. License Fee | 1,803,750.00 | 0.00 |
| 2. Miscellaneous | 237,138.00 | 237,138.00 |
| Total Deductions | $2,949,153.00 | $249,921.00 |
| Total Income | 490,322.00 | 490,322.00 |
| Total Ordinary (Loss)/Income | ($2,458,831.00) | $240,401.00 |
| Other Adjustments: | | |
| Net Earnings from Self-Employment | ($7,847.00) | $268.00 |
| Unadjusted Basis in ITC Property: | | |
| New - Other - Sec. 48(q) | $0.00 | $0.00 |
| Used - Other - Sec. 48(q) | 0.00 | 0.00 |
| Tax Preference Item: | | |
| Net Investment Income | $329,754.00 | $329,754.00 |
| Cost Depletion Oil and Gas | $0.00 | $0.00 |
| Oil and Gas Depletion to the Extent of Basis | $0.00 | $0.00 |

**Derringer Oil Technology Partners 1982 - 1983 Tax Year**

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Adjustments to Ordinary Income: | | |
| A. Interest Expense | $833,900.00 | $0.00 |
| B. Guaranteed Payments | 21,339.00 | 21,339.00 |
| C. Other Deductions: | | |
| 1. License Fee | 9,000,000.00 | 0.00 |
| 2. Miscellaneous | 361,551.00 | 361,551.00 |
| Total Deductions | $10,216,790.00 | $382,890.00 |
| Total Income | 1,134,645.00 | 1,134,645.00 |
| Total Ordinary (Loss)/Income | ($9,082,145.00) | $751,755.00 |
| Other Adjustments: | | |
| Net Earnings from Self-Employment | ($29,099.00) | $165.00 |
| Unadjusted Basis in ITC Property: | | |
| New - Other - Sec. 48(q) | $0.00 | $0.00 |
| Used - Other - Sec. 48(q) | 0.00 | 0.00 |
| Tax Preference Item: | | |
| Net Investment Income | $840,219.00 | $840,219.00 |
| Cost Depletion Oil and Gas | $0.00 | $0.00 |
| Oil and Gas Depletion to the Extent of Basis | $0.00 | $0.00 |

**Dillon Oil Technology Partners - 1983 Tax Year**

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Adjustments to Ordinary Income: | | |
| Total Deductions | $22,777,786.00 | $5,358,169.00 |
| Total Income | 5,370,415.00 | 5,370,415.00 |
| Total Ordinary (Loss)/Income | ($17,407,371.00) | $12,246.00 |
| Other Adjustments: | | |
| Net Earnings from Self-Employment | $11,471.00 | $575.00 |
| Unadjusted Basis in ITC Property: | | |
| New - Other - Sec. 48(q) | $0.00 | $0.00 |
| Used - Other - Sec. 48(q) | 0.00 | 0.00 |
| Tax Preference Item: | | |
| Net Investment Income | $4,405,778.00 | $4,405,778.00 |
| Cost Depletion Oil and Gas | $0.00 | $0.00 |

Drake Oil Technology Partners - 1983 Tax Year

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Adjustments to Ordinary Income: | | |
| A. Interest Expense | $3,401,521.00 | $0.00 |
| B. Guaranteed Payments | 156,350.00 | 156,350.00 |
| C. Depreciation | 8,583.00 | 8,583.00 |
| D. Other Deductions: | | |
| 1. License Fee | 18,155,000.00 | 0.00 |
| 2. Miscellaneous | 1,476,651.00 | 1,476,651.00 |
| Total Deductions | $23,198,105.00 | $1,641,584.00 |
| Total Income | 3,189,395.00 | 3,189,395.00 |
| Total Ordinary (Loss)/Income | ($20,008,710.00) | $1,547,811.00 |
| Other Adjustments: | | |
| Net Earnings from Self-Employment | ($7,720.00) | $1,549.00 |
| Unadjusted Basis in ITC Property: | | |
| New - Other - Sec. 48(q) | $0.00 | $0.00 |
| Used - Other - Sec. 48(q) | 0.00 | 0.00 |
| Tax Preference Item: | | |
| Net Investment Income | $2,619,449.00 | $2,619,449.00 |
| Cost Depletion Oil and Gas | $0.00 | $0.00 |
| Oil and Gas Depletion to the Extent of Basis | $0.00 | $0.00 |

Vanguard Oil Technology Partners - 1983 Tax Year

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Adjustments to Ordinary Income: | | |
| A. Interest Expense | $604,236.00 | $0.00 |
| B. Guaranteed Payments | 24,152.00 | 24,152.00 |
| C. Depreciation | 1,762.00 | 1,762.00 |
| D. Other Deductions: | | |
| 1. License Fee | 3,225,000.00 | 0.00 |
| 2. Miscellaneous | 246,317.00 | 246,317.00 |
| Total Deductions | $4,101,467.00 | $272,231.00 |
| Total Income | 588,766.00 | 588,766.00 |
| Total Ordinary (Loss)/Income | ($3,512,701.00) | $316,535.00 |
| Other Adjustments: | | |
| Net Earnings from Self-Employment | ($1,138.00) | $300.00 |
| Unadjusted Basis in ITC Property: | | |
| New - Other - Sec. 48(q) | $0.00 | $0.00 |
| Used - Other - Sec. 48(q) | 0.00 | 0.00 |
| Tax Preference Item: | | |
| Net Investment Income | $419,992.00 | $419,992.00 |
| Cost Depletion Oil and Gas | $0.00 | $0.00 |
| Oil and Gas Depletion to the Extent Of Basis | $0.00 | $0.00 |

**Vulcan Oil Technology Partners - 1983 Tax Year**

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Adjustments to Ordinary Income: | | |
| A. Interest Expense | $993,008.00 | $0.00 |
| B. Guaranteed Payments | 41,809.00 | 41,809.00 |
| C. Depreciation | 2,575.00 | 2,575.00 |
| D. Other Deductions: | | |
| 1. License Fee | 5,300,000.00 | 0.00 |
| 2. Miscellaneous | 437,648.00 | 437,648.00 |
| Total Deductions | $6,775,040.00 | $482,032.00 |
| Total Income | 924,979.00 | 924,979.00 |
| Total Ordinary (Loss)/Income | $5,850,061.00 | $442,947.00 |
| Other Adjustments: | | |
| Net Earnings from Self-Employment | ($2,326.00) | $425.00 |
| Unadjusted Basis in ITC Property: | | |
| New - Other - Sec. 48(q) | $0.00 | $0.00 |
| Used - Other - Sec. 48(q) | 0.00 | 0.00 |
| Tax Preference Item: | | |
| Net Investment Income | $571,481.00 | $571,481.00 |
| Cost Depletion Oil and Gas | $0.00 | $0.00 |
| Oil and Gas Depletion to the Extent of Basis | $0.00 | $0.00 |

It is further

ORDERED that in addition to normal service, the Clerk of the Court shall serve copies of this Order and Order of Dismissal and Decision on those partners of the above-named partnerships whose names and addresses appeared in Exhibits C through I that were made a part of the Court's show cause order.

Stephen J. Swift
Judge

ENTERED: JUN 13 2002

PAGE NO-0001 IRS EMPLOYEE 0615524690

DATE REQUESTED 08-25-2004 PRINT DATE 08-26-2004

FORM NUMBER: 1040 TAX PERIOD: DEC 1983

TAXPAYER IDENTIFICATION NUMBER: [redacted]2936

LLOYD W BAILEY

BODC-SB BODCLC-R

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 618.33- | |
| ACCRUED INTEREST: | 0.00 | AS OF 09-06-2004 |
| ACCRUED PENALTY: | 0.00 | AS OF 09-06-2004 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 618.33- | |

** EXEMPTIONS: 04 **FILING STATUS: HEAD OF HOUSEHOLD

| | |
|---|---|
| ** ADJUSTED GROSS INCOME: | 98,777.00 |
| ** TAXABLE INCOME: | 67,500.00 |
| TAX PER RETURN: | 2,616.00 |

** PER RETURN OR AS ADJUSTED

08-17-1984 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
10-08-1984 PROCESSING DATE

TRANSACTIONS

| CODE | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|---|
| 150 | RETURN FILED AND TAX ASSESSED<br>49211-239-01828-4 | 10-08-1984 | 3,757.95 |
| 806 | CREDIT FROM WITHHELD TAXES & EXCESS FICA | 04-15-1984 | 10,505.00- |
| 460 | EXTENSION OF TIME TO FILE<br>EXT. DATE 08-15-1984 | 04-15-1984 | |
| 846 | REFUND | 10-08-1984 | 7,085.76 |
| 776 | INTEREST DUE TAXPAYER | 10-08-1984 | 338.71- |
| 291 | PRIOR TAX ABATED<br>49254-533-00292-5 | 06-03-1985 | 1,156.95- |
| 826 | OVERPAYMENT CREDIT TRANSFERRED<br>1040 198112 | 04-15-1984 | 1,156.95 |
| 295 | PRIOR TAX ABATED<br>49254-561-91397-5 | 07-01-1985 | 659.00- |
| 826 | OVERPAYMENT CREDIT TRANSFERRED<br>1040 198112 | 04-15-1985 | 659.00 |
| 640 | ADVANCE PAYMENT OF DEFICIENCY<br>MISCELLANEOUS PAYMENT | 06-03-2003 | 18,134.00- |
| 300 | ADDITIONAL TAX ASSESSED BY EXAMINATION<br>29247-630-08003-3 200335 | 09-08-2003 | 0.00 |

****************************CONTINUED ON NEXT PAGE*****************************

Exhibit H

PAGE NO-0002 IRS EMPLOYEE 0615524690

| | | | |
|---|---|---|---|
| 300 | QUICK ASSESSMENT<br>29251-237-13040-3 | 08-25-2003 | 17,475.00 |
| 340 | RESTRICTED INTEREST ASSESSED<br>200338 | 08-25-2003 | 123,810.49 |
| 308 | QUICK ASSESSMENT<br>29251-237-13041-3 200338 | 08-25-2003 | 659.00 |
| 960 | RECEIVED POA/TIA | 09-23-2003 | |
| 340 | RESTRICTED INTEREST ASSESSED<br>200346 | 11-24-2003 | 1,076.48 |
| 290 | ADDITIONAL TAX ASSESSED<br>28254-707-05071-3 200346 | 11-24-2003 | 0.00 |
| 670 | SUBSEQUENT PAYMENT<br>MISCELLANEOUS PAYMENT | 11-12-2003 | 85,043.39- |
| 340 | RESTRICTED INTEREST ASSESSED<br>200407 | 03-01-2004 | 618.09 |
| 290 | ADDITIONAL TAX ASSESSED<br>28254-440-05012-4 200407 | 03-01-2004 | 0.00 |
| 670 | SUBSEQUENT PAYMENT | 03-05-2004 | 41,080.00- |

Internal Revenue Service
Department of the Treasury
1973 North Rulon White Blvd.
Ogden, UT 84201

Date: March 6, 2003

LLOYD W BAILEY
3813 HAWTHORNE
ROCKY MOUNT NC 278043319

Mail Stop 4630
**Person to Contact:**
Ms. Hunt
**Employee Number:** 0478601722
**Telephone Number:**
1-866-899-9083
**Extension:** 8624
**Hours:** 6 a.m. to 2 p.m.
Mountain Time
Monday - Friday
**Taxpayer Identification Number:**
[redacted]2936
**Tax Year(s):** 1983,1984,1985
**Partnership/S Corporation:**
Dillon Oil Technology Partners
**Employer Identification Number:**
84-0862763

Dear Mr. Bailey:

Enclosed is Form 4549A-CG explaining how the adjustments made during our examination of the above partnership/S corporation affect your individual income tax return(s). This form is for your records.

There is no change to your 1985 tax return, since you did not claim income or loss from this partnership on your return.

If you owe additional tax and/or penalties, we will send a billing notice including interest. The interest computation shown on the enclosed report is an estimate. It does not reflect any credits or payments. When the additional tax has been added to your account, you will receive a correct billing. You may want to pay the amount shown on our report, as interest will continue to accrue on any unpaid balance. If you are due a refund, it will be sent to you.

According to the settlement agreement, Internal Revenue Code Section 6621(c), interest at 120 percent of the normal rate applies to the partnership adjustment.

If you have any questions about this matter, please contact the person whose name, telephone number, and contact hours are shown above.

TS-10 (Rev. 8-99)

Exhibit I 8

If you write, please include your telephone number, the hours you can be reached and a copy of this letter.

Thank you for your cooperation.

Sincerely,

Ms Hunt

Ms. Hunt
Tax Technician
Examination Branch

Enclosure(s):
Form 4549A-CG
Publication 594

Department of the Treasury - Internal Revenue Service
Income Tax Examination Changes

| Name and Address of Taxpayer | SS or EI Number: | | Return Form No. |
|---|---|---|---|
| LLOYD W BAILEY<br>3813 HAWTHORNE RD<br>ROCKY MOUNT NC 27804-3319 | [redacted]2936 | | 1040 |
| | Person with whom examination changes were discussed | Name and Title | |

| 1. Adjustments to Income | Period End 12/31/1983 | Period End 12/31/1984 | Period End |
|---|---|---|---|
| A. ORDINARY INC/DILLON OIL | $ 43,698.00 | $ 47,948.00 | $ |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| O. | | | |
| P. | | | |
| Q. | | | |
| R. | | | |
| S. | | | |
| 2. Total Adjustments | 43,698.00 | 47,948.00 | |
| 3. Taxable Income Per Return or as Previously Adjusted | 23,802.00 | 33,950.00 | |
| 4. Corrected Taxable Income | 67,500.00 | 81,898.00 | |
| Tax Method | TAX RATE | SCHEDULE G | |
| Filing Status | HEAD OF HOUSEHOLD | HEAD OF HOUSEHOLD | |
| 5. Tax | 21,566.00 | 23,713.00 | |
| 6. Additional Taxes | | | |
| 7. Corrected Tax Liability | 21,566.00 | 23,713.00 | |
| 8. Less Credits A. ENERGY CREDIT | 199.00 | | |
| B. POLITICAL CONTRIBUTION | 50.00 | 50.00 | |
| C. INVESTMENT CREDIT | 1,243.00 | | |
| D. GENERAL BUSINESS CREDIT | | 659.00 | |
| 9. Balance (Line 7 less total of lines 8A through 8D) | 20,074.00 | 23,004.00 | |
| 10. Plus Other Taxes A. ITC RECAPTURE | 2.00 | 49.00 | |
| B. | | | |
| C. | | | |
| D. | | | |
| 11. Total Corrected Tax Liability (Line 9 + lines 10A to 10D) | 20,076.00 | 23,053.00 | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 1,942.00 | 6,367.00 | |
| 13. Adjustments to A. Special Fuels Credit | | | |
| B. | | | |
| 14. Deficiency - Increase in Tax or (Overassessment - Decrease in tax) (Line 11 less Line 12 adjusted by Line 13) | 18,134.00 | 16,686.00 | |
| 15. Adjustments to Prepayment Credits | | | |
| 16. Balance Due or Overpayment (Line 14 Adjusted by Line 15) (Excluding Interest and penalties) | $ 18,134.00 | $ 16,686.00 | $ |

The Internal Revenue Service has agreements with State tax agencies under which information about Federal tax, including increases or decreases, is exchanged with the States. If this change affects the amount of your State income tax, you should file the State form.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income and do not pay the required tax. The IRS may order backup withholding at 31 percent after four notices have been issued to you over a 120-day period and the tax has been assessed and remains unpaid.

Department of the Treasury - Internal Revenue Service
Income Tax Examination Changes

| Name of Taxpayer: LLOYD W BAILEY | SS or EI Number: [redacted]2936 | Return Form No. 1040 |
|---|---|---|

| 17. Penalties | Period End 12/31/1983 | Period End 12/31/1984 | Period End |
|---|---|---|---|
| A. | $ | $ | $ |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| 18. Total Penalties | | | |
| 19. Underpayment attributable to negligence: (1981 - 1987) An Addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | | | |
| 20. Underpayment attributable to fraud: (1982 - 1987) An addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | | | |
| 21. Underpayment attributable to Tax Motivated Transactions: TMT Interest will accrue and be assessed at 120 percent of the underpayment rate in accordance with IRC 6621(c). | 18,134.00 | 16,686.00 | |
| Summary of Taxes, Penalties and Interest: | | | |
| A. Balance due or Overpayment of Taxes (line 16, page 1) | 18,134.00 | 16,686.00 | |
| B. Penalties (line 18, page 2) (computed to 04/05/2003) | | | |
| C. Interest (IRC 6601) (computed to 04/05/2003) | 82,737.58 | 66,004.77 | |
| D. TMT Interest (computed to 04/05/2003 on TMT underpay) | 39,092.22 | 31,191.87 | |
| E. Amount due or refund (sum of lines A. B. C. and D.) | 139,963.80 | 113,882.64 | |

Other Information:

Please see the attached for explanation and computation of 120% Interest IRC 6621(c), which applies to the above adjustments.

| Examiner's Signature MS. HUNT | District Ogden Service Center | Date 03/06/2003 |
|---|---|---|

RGS Ver. 5.00.00



Form 4549A-CG (Rev. 1-91)

198312 - EXPLANATION OF INTEREST ON TAX MOTIVATED TRANSACTION

It is determined that part of the underpayment of tax is attributable to tax motivated transactions as defined under Section 6621(c) of the Internal Revenue Code. Consequently, the annual rate of interest accruing after December 31, 1984 will be a percentage of the adjusted rate established under Section 6621(c) on any substantial underpayment attributable to tax motivated transactions. Interest applying to the amount on line 5 below will be computed and assessed at the applicable percentage.

| | |
|---|---|
| 1. Total corrected tax liability, Form 4549, line 11 | 20,076.00 |
| 2. Total corrected tax liability without regard to tax motivated transactions | 1,942.00 |
| 3. Line 1 less line 2 - underpayment attributable to tax motivated transactions (0 if under $1,000) | 18,134.00 |
| 4. Tax Deficiency, Form 4549, line 13 | 18,134.00 |
| 5. Lesser of line 3 or line 4 - amount to which Section 6621(a) applies | 18,134.00 |

ADJUSTMENTS ATTRIBUTABLE TO TAX MOTIVATED TRANSACTIONS:

| | |
|---|---|
| ORDINARY INC/DILLON OIL | 43,698.00 |
| INVESTMENT CRED C/B | 659.00 |

198312 - TAX PRD INTEREST COMPUTATION TO 04/05/2003

| | | |
|---|---|---|
| Total Tax Deficiency | | 18,134.00 |
| Plus Penalties* | | |
| -Overvaluation | 0.00 | |
| -Substantial Understatement | 0.00 | |
| -Failure to File | 0.00 | |
| -Negligence | 0.00 | |
| -Civil Fraud | 0.00 | |
| -Accuracy Penalties | 0.00 | |
| Total Penalties* | | 0.00 |
| Tax Deficiency and Penalties Subject to Interest | | 18,134.00 |

| Type | Effective Dates | Days | Rate | Regular Interest | TMT Interest** |
|---|---|---|---|---|---|
| COMPOUND | 04/15/1984-12/31/1984 | 260 | 11.00 | 1,473.64 | 0.00 |
| COMPOUND | 01/01/1985-06/30/1985 | 181 | 13.00 | 1,305.41 | 271.28 |
| COMPOUND | 07/01/1985-12/31/1985 | 184 | 11.00 | 1,192.24 | 265.10 |
| COMPOUND | 01/01/1986-06/30/1986 | 181 | 10.00 | 1,123.66 | 264.33 |
| COMPOUND | 07/01/1986-12/31/1986 | 184 | 09.00 | 1,078.03 | 266.30 |
| COMPOUND | 01/01/1987-09/30/1987 | 273 | 09.00 | 1,692.34 | 442.05 |
| COMPOUND | 10/01/1987-12/31/1987 | 92 | 10.00 | 663.56 | 181.04 |
| COMPOUND | 01/01/1988-03/31/1988 | 91 | 11.00 | 739.17 | 206.63 |
| COMPOUND | 04/01/1988-09/30/1988 | 183 | 10.00 | 1,404.74 | 406.69 |
| COMPOUND | 10/01/1988-12/31/1988 | 92 | 11.00 | 807.51 | 241.86 |
| COMPOUND | 01/01/1989-03/31/1989 | 90 | 11.00 | 814.11 | 249.65 |
| COMPOUND | 04/01/1989-09/30/1989 | 183 | 12.00 | 1,886.58 | 600.25 |
| COMPOUND | 10/01/1989-12/31/1989 | 92 | 11.00 | 908.36 | 299.52 |
| COMPOUND | 01/01/1990-12/31/1990 | 365 | 11.00 | 3,862.53 | 1,345.91 |
| COMPOUND | 01/01/1991-03/31/1991 | 90 | 11.00 | 1,019.50 | 373.93 |
| COMPOUND | 04/01/1991-12/31/1991 | 275 | 10.00 | 2,981.45 | 1,135.87 |
| COMPOUND | 01/01/1992-03/31/1992 | 91 | 09.00 | 929.65 | 366.66 |
| COMPOUND | 04/01/1992-09/30/1992 | 183 | 08.00 | 1,714.53 | 691.24 |
| COMPOUND | 10/01/1992-12/31/1992 | 92 | 07.00 | 776.21 | 319.21 |
| COMPOUND | 01/01/1993-12/31/1993 | 365 | 07.00 | 3,226.82 | 1,367.43 |
| COMPOUND | 01/01/1994-06/30/1994 | 181 | 07.00 | 1,685.89 | 739.53 |
| COMPOUND | 07/01/1994-09/30/1994 | 92 | 08.00 | 1,006.53 | 449.46 |
| COMPOUND | 10/01/1994-12/31/1994 | 92 | 09.00 | 1,156.85 | 523.77 |
| COMPOUND | 01/01/1995-03/31/1995 | 90 | 09.00 | 1,157.38 | 531.57 |
| COMPOUND | 04/01/1995-06/30/1995 | 91 | 10.00 | 1,331.25 | 620.60 |
| COMPOUND | 07/01/1995-12/31/1995 | 184 | 09.00 | 2,509.42 | 1,195.90 |
| COMPOUND | 01/01/1996-03/31/1996 | 91 | 09.00 | 1,280.24 | 622.90 |
| COMPOUND | 04/01/1996-06/30/1996 | 91 | 08.00 | 1,162.30 | 572.84 |
| COMPOUND | 07/01/1996-12/31/1996 | 184 | 09.00 | 2,731.58 | 1,373.02 |
| COMPOUND | 01/01/1997-12/31/1997 | 365 | 09.00 | 5,815.03 | 3,042.82 |
| COMPOUND | 01/01/1998-03/31/1998 | 90 | 09.00 | 1,516.08 | 819.04 |
| COMPOUND | 04/01/1998-12/31/1998 | 275 | 08.00 | 4,291.69 | 2,373.65 |
| COMPOUND | 01/01/1999-03/31/1999 | 90 | 07.00 | 1,277.40 | 721.82 |
| COMPOUND | 04/01/1999-12/31/1999 | 275 | 08.00 | 4,637.65 | 2,677.52 |
| COMPOUND | 01/01/2000-03/31/2000 | 91 | 08.00 | 1,592.82 | 939.68 |
| COMPOUND | 04/01/2000-12/31/2000 | 275 | 09.00 | 5,658.22 | 3,417.75 |
| COMPOUND | 01/01/2001-03/31/2001 | 90 | 09.00 | 1,941.80 | 1,200.77 |
| COMPOUND | 04/01/2001-06/30/2001 | 91 | 08.00 | 1,782.40 | 1,114.38 |
| COMPOUND | 07/01/2001-12/31/2001 | 184 | 07.00 | 3,241.92 | 2,056.16 |
| COMPOUND | 01/01/2002-12/31/2002 | 365 | 06.00 | 5,781.88 | 3,758.00 |

198312 - TAX PRD INTEREST COMPUTATION TO 04/05/2003 (con't)

| Type | Effective Dates | Days | Rate | Regular Interest | TMT Interest** |
|---|---|---|---|---|---|
| COMPOUND | 04/15/1984-12/31/1984 | 260 | 11.00 | 1,473.64 | 0.00 |
| | | | | | |
| | Total Interest | | | 82,737.58 | 39,092.22 |
| | Total TMT Interest | | | 39,092.22 | |
| | Total Underpayment | | | 18,134.00 | |
| | Total Penalties | | | 0.00 | |
| | | | | | |
| | Total Amount Due | | | 139,963.80 | |

Additional interest will be charged at the current rate compounded daily. Interest is charged from the original due date of the return to a date 30 days after an agreement to the additional tax is signed, or to the date of payment, if earlier. Negligence and fraud penalties, if applicable, will also continue to be charged. Generally, if notice and demand is made for payment of any amount, and that amount is paid within 21 days after the date of the notice and demand, interest on the amount paid will not be charged after the date of the notice and demand. Since additional tax is due, you may want to pay it now and limit the interest and penalty charges.

* Interest on penalties became effective 7/19/1984 (1/1/1989 for Negligence and Civil Fraud) and is computed from the due date of the return unless a valid extension was filed. Extension date:

** TMT (Tax Motivated Transaction) interest is computed on the underpayment of tax attributable to such transactions for interest period after 12/31/84.

| FORM 886-A | EXPLANATION OF ITEMS | SCHEDULE/EXHIBIT |
|---|---|---|
| NAME OF TAXPAYER<br>LLOYD W BAILEY | [redacted]-2936 | YEAR/PERIOD ENDED<br>198312 |

STANDARD PARAGRAPHS:

| | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| ORDINARY INC/DILLON OIL | (43,698.00) | 0.00 | 43,698.00 |

We have adjusted your return in accordance with the examination results for the identified Partnership / S Corporation. The examination results are based on the provisions stipulated in the United States Tax Court decision regarding the Partnership / S Corporation return.

| | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| INVESTMENT CRED C/B | 659.00 | 0.00 | 659.00 |

We have adjusted your return in accordance with the examination results for the identified Partnership / S Corporation. The examination results are based on the provisions stipulated in the United States Tax Court decision regarding the Partnership / S Corporation return.

Your investment credit carryback originating from alternative minimum tax release has been reduced. This is due to partnership adjustments made in the originating year that reduced the alternative minimum tax.

198412 - SCHEDULE G - INCOME AVERAGING

| | | | | |
|---|---|---|---|---|
| 1. | 3rd preceding Base Period Income | | 2,861.00 | |
| 2. | 2nd preceding Base Period Income | | 0.00 | |
| 3. | 1st preceding Base Period Income | | 67,500.00 | |
| 4. | Income earned outside the U.S. | | 0.00 | |
| 5. | Sum of lines 1 thru 4 | | | 70,361.00 |

COMPUTE AVERAGEABLE INCOME

| | | | |
|---|---|---|---|
| 6. | Line 5 divided by three (3) | | 23,453.00 |
| 7. | Line 6 multiplied by 140% | | 32,834.00 |
| 8. | Taxable Income for current year | | 81,898.00 |
| 9. | Premature or excessive distribution (IRC Sec 72) | | 0.00 |
| 10. | Line 8 less line 9 | | 81,898.00 |
| 11. | Excess Community Income | | 0.00 |
| 12. | Line 10 less line 11 | | 81,898.00 |
| 13. | Line 12 less line 7 - Averageable Income | | 49,064.00 |
| 14. | Line 13 multiplied by 25% | | 12,266.00 |
| 15. | Sum of lines 7 and 14 | | 45,100.00 |
| 16. | Sum of lines 11 and 15 | | 45,100.00 |
| 17. | Tax on amount on line 16 | | 10,864.00 |
| 18. | Tax on amount on line 15 | 10,864.00 | |
| 19. | Tax on amount on line 7 | 6,581.00 | |
| 20. | Line 18 less line 19 | 4,283.00 | |
| 21. | Line 20 multiplied by 3 | | 12,849.00 |
| | Lines 22 through 24 completed if entry on line 9 | | |
| 22. | Tax on line 8 | 0.00 | |
| 23. | Tax on line 10 | 0.00 | |
| 24. | Line 22 less line 23 | | 0.00 |
| 26. | Sum of lines 17, 21 and 24 - SCHEDULE G TAX | | 23,713.00 |

198412 FORM 6251 - ALTERNATIVE MINIMUM TAX COMPUTATION

| | | | |
|---|---|---|---|
| 1. Adjusted Gross Income | | | 108,639.00 |
| 2. Medical and dental expense | 0.00 | | |
| 3. 0.050 of Adjusted Gross Income | 5,432.00 | | |
| 4. Line 2 less line 3 | | 0.00 | |
| 5. Contributions | | 5,298.00 | |
| 6. Casualty and theft losses | | 0.00 | |
| 7. Interest expense for residence | | 5,581.00 | |
| 8. Other interest expense | 7,261.00 | | |
| 9. Net Investment Income | 0.00 | | |
| 10. Lesser of line 8 or 9 | | 0.00 | |
| 11. Gambling losses to the extent of winnings | | 0.00 | |
| 12. Estate tax allowable under Section 691(c) | | 0.00 | |
| 13. Sum of lines 4, 5, 6, 7, 10, 11 and 12 | | | 10,879.00 |
| 14. Line 1 less Line 13 | | | 97,760.00 |
| 15. Tax preference items | | | 11,776.00 |
| 16. Sum of lines 14 and 15 - Alt Min Taxable Income | | | 109,536.00 |
| 17. Limitation amount | | | 30,000.00 |
| 18. Line 16 less line 17 | | | 79,536.00 |
| 19. 20% of line 18 | | | 15,907.00 |
| 20. Adjusted tax less total credits | | | 23,004.00 |
| 21. Line 19 less line 20 | | | 0.00 |
| 22. Foreign Tax Credit | | | 0.00 |
| 23. Line 21 less line 22 - ALTERNATIVE MINIMUM TAX | | | 0.00 |

198412 - EXPLANATION OF INTEREST ON TAX MOTIVATED TRANSACTION

It is determined that part of the underpayment of tax is attributable to tax motivated transactions as defined under Section 6621(c) of the Internal Revenue Code. Consequently, the annual rate of interest accruing after December 31, 1984 will be a percentage of the adjusted rate established under Section 6621(c) on any substantial underpayment attributable to tax motivated transactions. Interest applying to the amount on line 5 below will be computed and assessed at the applicable percentage.

| | |
|---|---|
| 1. Total corrected tax liability, Form 4549, line 11 | 23,053.00 |
| 2. Total corrected tax liability without regard to tax motivated transactions | 6,367.00 |
| 3. Line 1 less line 2 - underpayment attributable to tax motivated transactions (0 if under $1,000) | 16,686.00 |
| 4. Tax Deficiency, Form 4549, line 13 | 16,686.00 |
| 5. Lesser of line 3 or line 4 - amount to which Section 6621(a) applies | 16,686.00 |

ADJUSTMENTS ATTRIBUTABLE TO TAX MOTIVATED TRANSACTIONS:

| | |
|---|---|
| ORDINARY INC/DILLON OIL | 47,948.00 |

Name of Taxpayer: LLOYD W BAILEY
Identification Number: [redacted]2936 TOTAL 03/06/200
5.00.0

198412 - TAX PRD INTEREST COMPUTATION TO 04/05/2003

| | | |
|---|---|---|
| Total Tax Deficiency | | 16,686.00 |
| Plus Penalties* | | |
| -Overvaluation | 0.00 | |
| -Substantial Understatement | 0.00 | |
| -Failure to File | 0.00 | |
| -Negligence | 0.00 | |
| -Civil Fraud | 0.00 | |
| -Accuracy Penalties | 0.00 | |
| Total Penalties* | | 0.00 |
| Tax Deficiency and Penalties Subject to Interest | | 16,686.00 |

| Type | Effective Dates | Days | Rate | Regular Interest | TMT Interest** |
|---|---|---|---|---|---|
| COMPOUND | 04/15/1985-06/30/1985 | 76 | 13.00 | 457.75 | 93.03 |
| COMPOUND | 07/01/1985-12/31/1985 | 184 | 11.00 | 977.36 | 208.42 |
| COMPOUND | 01/01/1986-06/30/1986 | 181 | 10.00 | 921.13 | 208.22 |
| COMPOUND | 07/01/1986-12/31/1986 | 184 | 09.00 | 883.73 | 210.10 |
| COMPOUND | 01/01/1987-09/30/1987 | 273 | 09.00 | 1,387.32 | 349.34 |
| COMPOUND | 10/01/1987-12/31/1987 | 92 | 10.00 | 543.96 | 143.26 |
| COMPOUND | 01/01/1988-03/31/1988 | 91 | 11.00 | 605.95 | 163.61 |
| COMPOUND | 04/01/1988-09/30/1988 | 183 | 10.00 | 1,151.55 | 322.33 |
| COMPOUND | 10/01/1988-12/31/1988 | 92 | 11.00 | 661.96 | 191.87 |
| COMPOUND | 01/01/1989-03/31/1989 | 90 | 11.00 | 667.37 | 198.16 |
| COMPOUND | 04/01/1989-09/30/1989 | 183 | 12.00 | 1,546.55 | 476.88 |
| COMPOUND | 10/01/1989-12/31/1989 | 92 | 11.00 | 744.64 | 238.17 |
| COMPOUND | 01/01/1990-12/31/1990 | 365 | 11.00 | 3,166.36 | 1,071.53 |
| COMPOUND | 01/01/1991-03/31/1991 | 90 | 11.00 | 835.75 | 298.03 |
| COMPOUND | 04/01/1991-12/31/1991 | 275 | 10.00 | 2,444.08 | 906.01 |
| COMPOUND | 01/01/1992-03/31/1992 | 91 | 09.00 | 762.09 | 292.66 |
| COMPOUND | 04/01/1992-09/30/1992 | 183 | 08.00 | 1,405.51 | 551.97 |
| COMPOUND | 10/01/1992-12/31/1992 | 92 | 07.00 | 636.31 | 254.98 |
| COMPOUND | 01/01/1993-12/31/1993 | 365 | 07.00 | 2,645.23 | 1,092.92 |
| COMPOUND | 01/01/1994-06/30/1994 | 181 | 07.00 | 1,382.03 | 591.43 |
| COMPOUND | 07/01/1994-09/30/1994 | 92 | 08.00 | 825.11 | 359.57 |
| COMPOUND | 10/01/1994-12/31/1994 | 92 | 09.00 | 948.34 | 419.11 |
| COMPOUND | 01/01/1995-03/31/1995 | 90 | 09.00 | 948.78 | 425.44 |
| COMPOUND | 04/01/1995-06/30/1995 | 91 | 10.00 | 1,091.31 | 496.83 |
| COMPOUND | 07/01/1995-12/31/1995 | 184 | 09.00 | 2,057.13 | 957.73 |
| COMPOUND | 01/01/1996-03/31/1996 | 91 | 09.00 | 1,049.49 | 499.02 |
| COMPOUND | 04/01/1996-06/30/1996 | 91 | 08.00 | 952.81 | 459.00 |
| COMPOUND | 07/01/1996-12/31/1996 | 184 | 09.00 | 2,239.25 | 1,100.49 |
| COMPOUND | 01/01/1997-12/31/1997 | 365 | 09.00 | 4,766.94 | 2,440.32 |
| COMPOUND | 01/01/1998-03/31/1998 | 90 | 09.00 | 1,242.83 | 657.16 |
| COMPOUND | 04/01/1998-12/31/1998 | 275 | 08.00 | 3,518.17 | 1,905.14 |
| COMPOUND | 01/01/1999-03/31/1999 | 90 | 07.00 | 1,047.16 | 579.52 |
| COMPOUND | 04/01/1999-12/31/1999 | 275 | 08.00 | 3,801.77 | 2,150.28 |
| COMPOUND | 01/01/2000-03/31/2000 | 91 | 08.00 | 1,305.73 | 754.85 |
| COMPOUND | 04/01/2000-12/31/2000 | 275 | 09.00 | 4,638.40 | 2,746.34 |
| COMPOUND | 01/01/2001-03/31/2001 | 90 | 09.00 | 1,591.82 | 965.16 |
| COMPOUND | 04/01/2001-06/30/2001 | 91 | 08.00 | 1,461.14 | 895.84 |
| COMPOUND | 07/01/2001-12/31/2001 | 184 | 07.00 | 2,657.61 | 1,653.22 |
| COMPOUND | 01/01/2002-12/31/2002 | 365 | 06.00 | 4,739.77 | 3,022.42 |

Name of Taxpayer: LLOYD W BAILEY 03/06/200
Identification Number: [redacted]2936 TOTAL 5.00.0

198412 - TAX PRD INTEREST COMPUTATION TO 04/05/2003 (con't)

| Type | Effective Dates | Days | Rate | Regular Interest | TMT Interest** |
|---|---|---|---|---|---|
| COMPOUND | 04/15/1985-06/30/1985 | 76 | 13.00 | 457.75 | 93.03 |
| | Total Interest | | | 66,004.77 | 31,191.87 |
| | Total TMT Interest | | | 31,191.87 | |
| | Total Underpayment | | | 16,686.00 | |
| | Total Penalties | | | 0.00 | |
| | Total Amount Due | | | 113,882.64 | |

Additional interest will be charged at the current rate compounded daily. Interest is charged from the original due date of the return to a date 30 days after an agreement to the additional tax is signed, or to the date of payment, if earlier. Negligence and fraud penalties, if applicable, will also continue to be charged. Generally, if notice and demand is made for payment of any amount, and that amount is paid within 21 days after the date of the notice and demand, interest on the amount paid will not be charged after the date of the notice and demand. Since additional tax is due, you may want to pay it now and limit the interest and penalty charges.

* Interest on penalties became effective 7/19/1984 (1/1/1989 for Negligence and Civil Fraud) and is computed from the due date of the return unless a valid extension was filed. Extension date:

** TMT (Tax Motivated Transaction) interest is computed on the underpayment of tax attributable to such transactions for interest period after 12/31/84.

| FORM 886-A | EXPLANATION OF ITEMS | SCHEDULE/EXHIBIT |
|---|---|---|
| NAME OF TAXPAYER<br>LLOYD W BAILEY | [redacted]2936 | YEAR/PERIOD ENDED<br>198412 |

STANDARD PARAGRAPHS:

| | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| ORDINARY INC/DILLON OIL | (47,948.00) | 0.00 | 47,948.00 |

We have adjusted your return in accordance with the examination results for the identified Partnership / S Corporation. The examination results are based on the provisions stipulated in the United States Tax Court decision regarding the Partnership / S Corporation return.

| | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| CORRECTED TAXABLE INCOME | 0.00 | 0.00 | 81,898.00 |

Since we adjusted your taxable income in base period years, we adjusted your computation for income averaging. See the attached schedule.

EVENT SUMMARY REPORT TaxInterest Version 2004.3
Taxpayer name....: Bailey 1983 07-05-05
Taxpayer ID#....: 


| Events | Date | Amount | Event Date Balance (1) |
|---|---|---|---|
| Tax | 04-29-84 | 18,134.00 | 18,134.00 |
| Deposit as bond | 06-03-03 | <18,134.00> | 82,849.37 |
| Payment | 11-12-03 | <85,043.39> | <434.74> |
| Payment | 03-05-04 | <41,080.00> | <41,520.20> |
| Interest Computation Date | 03-05-04 | | <41,520.20> |

(1) Balance includes any interest and penalties accrued as of the Event Date

Summary as of 03-05-04

| | Amount | Payments | Deposits | Balance |
|---|---|---|---|---|
| Tax | 18,134.00 | <41,514.74> | <18,134.00> | <41,514.74> |
| Interest | 84,608.65 | <84,608.65> | 0.00 | 0.00 |
| Refund interest | <5.46> | 0.00 | 0.00 | <5.46> |
| Totals | 102,737.19 | <126,123.39> | <18,134.00> | <41,520.20> |

Prepared using: FEDERAL IRS interest rates
Table end date: 09-30-04 TVS Table

$123,810.49 Interest Assessed 8-25-03
1,076.48 " " 11-24-03
618.09 " " 3-1-04
125,505.06 Total Interest Assessed
-84,608.65 Interest Computed w/o §6621(c)
$40,896.41 Interest due to §6621(c)

Exhibit J