**REDDING & ASSOCIATES, P.C.**
ATTORNEYS AT LAW
2914 West T.C. Jester
Houston, Texas 77018-7010
Telephone: (713) 965-9244 • Telecopier: (713) 621-5227

Thomas E. Redding, J.D.
Sallie W. Gladney, J.D.

Teresa J. Womack, J.D.
Brett A. Thompson, J.D., C.P.A.

June 1, 2005

**PRIORITY CERTIFIED MAIL**
**# 7002 3150 0005 7422 1025**
**RETURN RECEIPT REQUESTED**

Internal Revenue Service Center
Kansas City, MO 64999

Re: William L. Cawley (SSN[redacted]1655) and
Norma A. Cawley (SSN[redacted]9588)
Form 843, Claim for Refund and Request for Abatement, for 1983
Form 8822, Change of Address, for tax year 1983

Dear Sirs:

Enclosed are the above refund claims to be filed for the above clients. Please mail the refunds in my care in accordance with the instructions on Part 6 of the attached power of attorney.

**The claim is timely filed within two years of payment of the amount sought to be refunded.**

Very truly yours,

REDDING & ASSOCIATES, P.C.

Sallie W. Gladney

Enclosures - Form 843
Form 8822
Power of Attorney

PLAINTIFFS' EXHIBIT D

R:\DOCS\CORRESP.Q\qmgl6015.ca1.wpd

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Internal Revenue Service Center
Kansas City, MO 64999

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Robert G. Sheare ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

JUN 07 '05
RECEIVED
IRS
2306 BANNISTER ROAD
KANSAS CITY MO 64999

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service label*) 7002 3150 0005 7422 1025

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
***(Domestic Mail Only; No Insurance Coverage Provided)***

For delivery information visit our website at www.usps.com®

OFFICIAL USE

KANSAS CITY, MO 64999

7002 3150 0005 7422 1025

| | | |
|---|---|---|
| Postage | $ 4.90 | UNIT ID: 0044 |
| Certified Fee | 2.30 | |
| Return Reciept Fee (Endorsement Required) | 1.75 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: 0Q56HC |
| Total Postage & Fees | $ 8.95 | 06/01/05 |

USPS 77018 FOREST STA HOUSTON TX JUN 1 2005

Sent To Internal Revenue Service Center
Street, Apt. No.; or PO Box No.
City, State, ZIP+4 Kansas City, MO 64999

PS Form 3800, June 2002 See Reverse for Instructions