Assigned - Swift

ADM.
RECORDED
DH
SERVICE
DH
CAL.
STAT.
S.T. JUDGE
Swift
FILES

UNITED STATES TAX COURT
WASHINGTON, D.C. 20217

VULCAN OIL TECHNOLOGY PARTNERS, VANGUARD OIL TECHNOLOGY PARTNERS, DRAKE OIL TECHNOLOGY PARTNERS, DILLON OIL TECHNOLOGY PARTNERS, DERRINGER OIL TECHNOLOGY PARTNERS 1981, DERRINGER OIL TECHNOLOGY PARTNERS 1982, CROWNE OIL TECHNOLOGY PARTNERS, LOUIS COPPAGE, TAX MATTERS PARTNER,

Petitioners

v.

COMMISSIONER OF INTERNAL REVENUE,

Respondent

Docket No. 21530-87

"ELEKTRA/HEMISPHERE"

ORDER AND ORDER OF DISMISSAL AND DECISION

By Order dated March 22, 2002, the Court directed the partners of Crowne Oil Technology Partners, Derringer Oil Technology Partners 1981, Derringer Oil Technology Partners 1982, Dillon Oil Technology Partners, Drake Oil Technology Partners, Vanguard Oil Technology Partners, and Vulcan Oil Technology Partners for their tax year 1983, whose names and addresses appear in Exhibits C through I attached to said Order, to show cause in writing why this case should not be dismissed for failure properly to prosecute. Upon due consideration, and for cause, it is

ORDERED that the Court's show cause order dated March 22, 2002, is hereby made absolute. It is further

ORDERED that respondent's Motion to Dismiss for Lack of Prosecution filed December 20, 2001, is granted. It is further

ORDERED AND DECIDED that the following statement shows the adjustments to the partnership items for the above-named partnerships and for the tax year as follows:

Exhibit "E"

SERVED JUN 13 2002

**Crowne Oil Technology Partners - 1983 Tax Year**

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Adjustments to Ordinary Income: | | |
| A. Interest Expense | $1,113,855.00 | $0.00 |
| B. Guaranteed Payments | 48,456.00 | 48,456.00 |
| C. Depreciation | 2,575.00 | 2,575.00 |
| D. Other Deductions: | | |
| 1. License Fee | 5,945,000.00 | 0.00 |
| 2. Miscellaneous | 470,649.00 | 470,649.00 |
| Total Deductions | $7,580,535.00 | $521,680.00 |
| Total Income | 1,050,483.00 | 1,050,483.00 |
| Total Ordinary (Loss)/Income | ($6,530,052.00) | $528,803.00 |
| Other Adjustments: | | |
| Long Term Capital Gain | $7,360.00 | $7,360.00 |
| Net Earnings from Self-Employment | ($2,416.00) | $0.00 |
| Unadjusted Basis in ITC Property: | | |
| New - Other - Sec. 48(q) | $0.00 | $0.00 |
| Used - Other - Sec. 48(q) | 0.00 | 0.00 |
| Tax Preference Item: | | |
| Net Investment Income | $735,965.00 | $735,965.00 |
| Cost Depletion Oil and Gas | $0.00 | $0.00 |

**Derringer Oil Technology Partners 1981 - 1983 Tax Year**

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Adjustments to Ordinary Income: | | |
| A. Interest Expense | $895,482.00 | $0.00 |
| B. Guaranteed Payments | 11,066.00 | 11,066.00 |
| C. Depreciation | 1,717.00 | 1,717.00 |
| D. Other Deductions: | | |
| 1. License Fee | 1,803,750.00 | 0.00 |
| 2. Miscellaneous | 237,138.00 | 237,138.00 |
| Total Deductions | $2,949,153.00 | $249,921.00 |
| Total Income | 490,322.00 | 490,322.00 |
| Total Ordinary (Loss)/Income | ($2,458,831.00) | $240,401.00 |
| Other Adjustments: | | |
| Net Earnings from Self-Employment | ($7,847.00) | $268.00 |
| Unadjusted Basis in ITC Property: | | |
| New - Other - Sec. 48(q) | $0.00 | $0.00 |
| Used - Other - Sec. 48(q) | 0.00 | 0.00 |
| Tax Preference Item: | | |
| Net Investment Income | $329,754.00 | $329,754.00 |
| Cost Depletion Oil and Gas | $0.00 | $0.00 |
| Oil and Gas Depletion to the Extent of Basis | $0.00 | $0.00 |

**Derringer Oil Technology Partners 1982 - 1983 Tax Year**

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Adjustments to Ordinary Income: | | |
| A. Interest Expense | $833,900.00 | $0.00 |
| B. Guaranteed Payments | 21,339.00 | 21,339.00 |
| C. Other Deductions: | | |
| 1. License Fee | 9,000,000.00 | 0.00 |
| 2. Miscellaneous | 361,551.00 | 361,551.00 |
| Total Deductions | $10,216,790.00 | $382,890.00 |
| Total Income | 1,134,645.00 | 1,134,645.00 |
| Total Ordinary (Loss)/Income | ($9,082,145.00) | $751,755.00 |
| Other Adjustments: | | |
| Net Earnings from Self-Employment | ($29,099.00) | $165.00 |
| Unadjusted Basis in ITC Property: | | |
| New - Other - Sec. 48(q) | $0.00 | $0.00 |
| Used - Other - Sec. 48(q) | 0.00 | 0.00 |
| Tax Preference Item: | | |
| Net Investment Income | $840,219.00 | $840,219.00 |
| Cost Depletion Oil and Gas | $0.00 | $0.00 |
| Oil and Gas Depletion to the Extent of Basis | $0.00 | $0.00 |

**Dillon Oil Technology Partners - 1983 Tax Year**

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Adjustments to Ordinary Income: | | |
| Total Deductions | $22,777,786.00 | $5,358,169.00 |
| Total Income | 5,370,415.00 | 5,370,415.00 |
| Total Ordinary (Loss)/Income | ($17,407,371.00) | $12,246.00 |
| Other Adjustments: | | |
| Net Earnings from Self-Employment | $11,471.00 | $575.00 |
| Unadjusted Basis in ITC Property: | | |
| New - Other - Sec. 48(q) | $0.00 | $0.00 |
| Used - Other - Sec. 48(q) | 0.00 | 0.00 |
| Tax Preference Item: | | |
| Net Investment Income | $4,405,778.00 | $4,405,778.00 |
| Cost Depletion Oil and Gas | $0.00 | $0.00 |

**Drake Oil Technology Partners - 1983 Tax Year**

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Adjustments to Ordinary Income: | | |
| A. Interest Expense | $3,401,521.00 | $0.00 |
| B. Guaranteed Payments | 156,350.00 | 156,350.00 |
| C. Depreciation | 8,583.00 | 8,583.00 |
| D. Other Deductions: | | |
| 1. License Fee | 18,155,000.00 | 0.00 |
| 2. Miscellaneous | 1,476,651.00 | 1,476,651.00 |
| Total Deductions | $23,198,105.00 | $1,641,584.00 |
| Total Income | 3,189,395.00 | 3,189,395.00 |
| Total Ordinary (Loss)/Income | ($20,008,710.00) | $1,547,811.00 |
| Other Adjustments: | | |
| Net Earnings from Self-Employment | ($7,720.00) | $1,549.00 |
| Unadjusted Basis in ITC Property: | | |
| New - Other - Sec. 48(q) | $0.00 | $0.00 |
| Used - Other - Sec. 48(q) | 0.00 | 0.00 |
| Tax Preference Item: | | |
| Net Investment Income | $2,619,449.00 | $2,619,449.00 |
| Cost Depletion Oil and Gas | $0.00 | $0.00 |
| Oil and Gas Depletion to the Extent of Basis | $0.00 | $0.00 |

**Vanguard Oil Technology Partners - 1983 Tax Year**

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Adjustments to Ordinary Income: | | |
| A. Interest Expense | $604,236.00 | $0.00 |
| B. Guaranteed Payments | 24,152.00 | 24,152.00 |
| C. Depreciation | 1,762.00 | 1,762.00 |
| D. Other Deductions: | | |
| 1. License Fee | 3,225,000.00 | 0.00 |
| 2. Miscellaneous | 246,317.00 | 246,317.00 |
| Total Deductions | $4,101,467.00 | $272,231.00 |
| Total Income | 588,766.00 | 588,766.00 |
| Total Ordinary (Loss)/Income | ($3,512,701.00) | $316,535.00 |
| Other Adjustments: | | |
| Net Earnings from Self-Employment | ($1,138.00) | $300.00 |
| Unadjusted Basis in ITC Property: | | |
| New - Other - Sec. 48(q) | $0.00 | $0.00 |
| Used - Other - Sec. 48(q) | 0.00 | 0.00 |
| Tax Preference Item: | | |
| Net Investment Income | $419,992.00 | $419,992.00 |
| Cost Depletion Oil and Gas | $0.00 | $0.00 |
| Oil and Gas Depletion to the Extent Of Basis | $0.00 | $0.00 |

**Vulcan Oil Technology Partners - 1983 Tax Year**

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Adjustments to Ordinary Income: | | |
| A. Interest Expense | $993,008.00 | $0.00 |
| B. Guaranteed Payments | 41,809.00 | 41,809.00 |
| C. Depreciation | 2,575.00 | 2,575.00 |
| D. Other Deductions: | | |
| 1. License Fee | 5,300,000.00 | 0.00 |
| 2. Miscellaneous | 437,648.00 | 437,648.00 |
| Total Deductions | $6,775,040.00 | $482,032.00 |
| Total Income | 924,979.00 | 924,979.00 |
| Total Ordinary (Loss)/Income | $5,850,061.00 | $442,947.00 |
| Other Adjustments: | | |
| Net Earnings from Self-Employment | ($2,326.00) | $425.00 |
| Unadjusted Basis in ITC Property: | | |
| New - Other - Sec. 48(q) | $0.00 | $0.00 |
| Used - Other - Sec. 48(q) | 0.00 | 0.00 |
| Tax Preference Item: | | |
| Net Investment Income | $571,481.00 | $571,481.00 |
| Cost Depletion Oil and Gas | $0.00 | $0.00 |
| Oil and Gas Depletion to the Extent of Basis | $0.00 | $0.00 |

It is further

ORDERED that in addition to normal service, the Clerk of the Court shall serve copies of this Order and Order of Dismissal and Decision on those partners of the above-named partnerships whose names and addresses appeared in Exhibits C through I that were made a part of the Court's show cause order.

Stephen J. Swift
Judge

ENTERED: JUN 13 2002

DATE REQUESTED 06-23-2003 PRINTED 06-23-2003

FORM NUMBER: 1040

TAX PERIOD: DEC 1983

TAXPAYER IDENTIFICATION NUMBER: [redacted]0503
** SPOUSE TAXPAYER IDENTIFICATION NUMBER: [redacted]1034

WILLIAM L & NORMA CAWLEY

BODC-WI BODCLC-

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE: 0.00
ACCRUED INTEREST: 0.00 AS OF 06-23-2003
ACCRUED PENALTY: 0.00 AS OF 06-23-2003

ACCOUNT BALANCE
PLUS ACCRUALS: 0.00

** EXEMPTIONS: 04 **FILING STATUS: MARRIED FILING JOINT
** ADJUSTED GROSS INCOME: 58,927.00
** TAXABLE INCOME: 52,095.00
TAX PER RETURN: 56.00

** PER RETURN OR AS ADJUSTED

06-18-1984 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
07-23-1984 PROCESSING DATE

TRANSACTIONS

| CODE | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|---|
| 150 | RETURN FILED AND TAX ASSESSED 29211-168-05926-4 | 07-23-1984 | 56.00 |
| 806 | CREDIT FROM WITHHELD TAXES & EXCESS FICA | 04-15-1984 | 9,643.00- |
| 846 | REFUND | 07-23-1984 | 9,587.00 |
| 960 | RECEIVED POA/TIA | 02-03-2000 | |
| 962 | UPDATED POA/TIA | 04-17-2002 | |
| 962 | UPDATED POA/TIA | 07-24-2002 | |
| 640 | ADVANCE PAYMENT OF DEFICIENCY | 08-14-2002 | 85,000.00- |
| 340 | RESTRICTED INTEREST ASSESSED 200321 | 06-02-2003 | 76,483.91 |
| 300 | ADDITIONAL TAX ASSESSED BY EXAMINATION 29247-534-08011-3 200321 | 06-02-2003 | 12,304.00 |
| 640 | ADVANCE PAYMENT OF DEFICIENCY | 05-20-2003 | 7,315.47- |
| 776 | INTEREST DUE TAXPAYER | 06-02-2003 | 5.09- |
| 826 | OVERPAYMENT CREDIT TRANSFERRED 1040 198012 | 05-20-2003 | 2,450.45 |
| 826 | OVERPAYMENT CREDIT TRANSFERRED 1040 198012 | 05-20-2003 | 548.00 |

*****************************CONTINUED ON NEXT PAGE*****************************

Exhibit H

| | | | |
|---|---|---|---|
| 826 OVERPAYMENT CREDIT TRANSFERRED | | 05-20-2003 | 404.21 |
| 1040 | 198512 | | |
| 826 OVERPAYMENT CREDIT TRANSFERRED | | 05-20-2003 | 117.00 |
| 1040 | 198512 | | |
| 846 REFUND | | 06-09-2003 | 13.00 |
| 776 INTEREST DUE TAXPAYER | | 06-09-2003 | 0.01- |

...ment of the Treasury - Internal Revenue S...ice
Income Tax Examination Changes

| Name and Address of Taxpayer | SS or EI Number: | | Return Form No. |
|---|---|---|---|
| WILLIAM L & NORMA CAWLEY<br>1560 EAST ROSE<br><br>OWATONNA MN 55060-2654 | [redacted]0503 | | 1040 |
| | Person with whom examination changes were discussed | Name and Title | |

| 1. Adjustments to Income | Period End 12/31/1983 | Period End | Period End |
|---|---|---|---|
| A. ORD INC 84-0856853 | $ 51,572.00 | $ | $ |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| O. | | | |
| P. | | | |
| Q. | | | |
| R. | | | |
| S. | | | |
| 2. Total Adjustments | 51,572.00 | | |
| 3. Taxable Income Per Return or as Previously Adjusted | 523.00 | | |
| 4. Corrected Taxable Income | 52,095.00 | | |
| Tax Method | TAX RATE | | |
| Filing Status | JOINT | | |
| 5. Tax | 12,852.00 | | |
| 6. Additional Taxes | | | |
| 7. Corrected Tax Liability | 12,852.00 | | |
| 8. Less Credits A. INVESTMENT CREDIT | 548.00 | | |
| B. | | | |
| C. | | | |
| D. | | | |
| 9. Balance (Line 7 less total of lines 8A through 8D) | 12,304.00 | | |
| 10. Plus Other Taxes A. SELF EMPLOYMENT TAX | 56.00 | | |
| B. | | | |
| C. | | | |
| D. | | | |
| 11. Total Corrected Tax Liability (Line 9 + lines 10A to 10D) | 12,360.00 | | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 56.00 | | |
| 13. Adjustments to A. Special Fuels Credit | | | |
| B. | | | |
| 14. Deficiency - Increase in Tax or (Overassessment - Decrease in tax) (Line 11 less Line 12 adjusted by Line 13) | 12,304.00 | | |
| 15. Adjustments to Prepayment Credits | | | |
| 16. Balance Due or Overpayment (Line 14 Adjusted by Line 15) (Excluding Interest and penalties) | $ 12,304.00 | $ | $ |

The Internal Revenue Service has agreements with State tax agencies under which information about Federal tax, including increases or decreases, is exchanged with the States. If this change affects the amount of your State income tax, you should file the State form.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income and do not pay the required tax. The IRS may order backup withholding at 31 percent after four notices have been issued to you over a 120-day period and the tax has been assessed and remains unpaid.



Exhibit I

Department of the Treasury - Internal Revenue Service
Income Tax Examination Changes

| Name of Taxpayer: WILLIAM L & NORMA CAWLEY | SS or EI Number: [redacted]-0503 | Return Form No. 1040 |
|---|---|---|

| | Period End 12/31/1983 | Period End | Period End |
|---|---|---|---|
| 17. Penalties | | | |
| A. | $ | $ | $ |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| 18. Total Penalties | | | |
| 19. Underpayment attributable to negligence: (1981 - 1987) An Addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | | | |
| 20. Underpayment attributable to fraud: (1982 - 1987) An addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | | | |
| 21. Underpayment attributable to Tax Motivated Transactions: TMT Interest will accrue and be assessed at 120 percent of the underpayment rate in accordance with IRC 6621(c). | 12,304.00 | | |
| Summary of Taxes, Penalties and Interest: | | | |
| A. Balance due or Overpayment of Taxes (line 16, page 1) | 12,304.00 | | |
| B. Penalties (line 18, page 2) (computed to 02/13/2003) | | | |
| C. Interest (IRC 6601) (computed to 02/13/2003) | 55,482.86 | | |
| D. TMT Interest (computed to 02/13/2003 on TMT underpay) | 26,089.70 | | |
| E. Amount due or refund (sum of lines A. B. C. and D.) | 93,876.56 | | |

Other Information:

| Examiner's Signature<br>Ms. McKean | District<br>Ogden Service Center | Date<br>01/14/2003 |
|---|---|---|

RGS Ver. 5.00.00



Form 4549A-CG (Rev. 1-91)

198312 - EXPLANATION OF INTEREST ON TAX MOTIVATED TRANSACTION

It is determined that part of the underpayment of tax is attributable to tax motivated transactions as defined under Section 6621(c) of the Internal Revenue Code. Consequently, the annual rate of interest accruing after December 31, 1984 will be a percentage of the adjusted rate established under Section 6621(c) on any substantial underpayment attributable to tax motivated transactions. Interest applying to the amount on line 5 below will be computed and assessed at the applicable percentage.

| | | |
|---|---|---|
| 1. | Total corrected tax liability, Form 4549, line 11 | 12,360.00 |
| 2. | Total corrected tax liability without regard to tax motivated transactions | 56.00 |
| 3. | Line 1 less line 2 - underpayment attributable to tax motivated transactions (0 if under $1,000) | 12,304.00 |
| 4. | Tax Deficiency, Form 4549, line 13 | 12,304.00 |
| 5. | Lesser of line 3 or line 4 - amount to which Section 6621(a) applies | 12,304.00 |

ADJUSTMENTS ATTRIBUTABLE TO TAX MOTIVATED TRANSACTIONS:

| | |
|---|---|
| ORD INC 84-0856853 | 51,572.00 |

198312 - TAX PRD INTEREST COMPUTATION TO 02/13/2003

| | | |
|---|---|---|
| Total Tax Deficiency | | |
| Plus Penalties* | | 12,304.00 |
| -Overvaluation | 0.00 | |
| -Substantial Understatement | 0.00 | |
| -Failure to File | 0.00 | |
| -Negligence | 0.00 | |
| -Civil Fraud | 0.00 | |
| -Accuracy Penalties | 0.00 | |
| Total Penalties* | | 0.00 |
| Tax Deficiency and Penalties Subject to Interest | | 12,304.00 |

| Type | Effective Dates | Days | Rate | Regular Interest | TMT Interest* |
|---|---|---|---|---|---|
| COMPOUND | 04/15/1984-12/31/1984 | 260 | 11.00 | 999.87 | 0.00 |
| COMPOUND | 01/01/1985-06/30/1985 | 181 | 13.00 | 885.73 | 184.06 |
| COMPOUND | 07/01/1985-12/31/1985 | 184 | 11.00 | 808.94 | 179.87 |
| COMPOUND | 01/01/1986-06/30/1986 | 181 | 10.00 | 762.41 | 179.35 |
| COMPOUND | 07/01/1986-12/31/1986 | 184 | 09.00 | 731.45 | 180.68 |
| COMPOUND | 01/01/1987-09/30/1987 | 273 | 09.00 | 1,148.26 | 299.93 |
| COMPOUND | 10/01/1987-12/31/1987 | 92 | 10.00 | 450.23 | 122.84 |
| COMPOUND | 01/01/1988-03/31/1988 | 91 | 11.00 | 501.53 | 140.20 |
| COMPOUND | 04/01/1988-09/30/1988 | 183 | 10.00 | 953.12 | 275.94 |
| COMPOUND | 10/01/1988-12/31/1988 | 92 | 11.00 | 547.90 | 164.10 |
| COMPOUND | 01/01/1989-03/31/1989 | 90 | 11.00 | 552.37 | 169.39 |
| COMPOUND | 04/01/1989-09/30/1989 | 183 | 12.00 | 1,280.05 | 407.28 |
| COMPOUND | 10/01/1989-12/31/1989 | 92 | 11.00 | 616.33 | 203.23 |
| COMPOUND | 01/01/1990-12/31/1990 | 365 | 11.00 | 2,620.75 | 913.20 |
| COMPOUND | 01/01/1991-03/31/1991 | 90 | 11.00 | 691.74 | 253.71 |
| COMPOUND | 04/01/1991-12/31/1991 | 275 | 10.00 | 2,022.93 | 770.69 |
| COMPOUND | 01/01/1992-03/31/1992 | 91 | 09.00 | 630.77 | 248.78 |
| COMPOUND | 04/01/1992-09/30/1992 | 183 | 08.00 | 1,163.32 | 469.01 |
| COMPOUND | 10/01/1992-12/31/1992 | 92 | 07.00 | 526.66 | 216.58 |
| COMPOUND | 01/01/1993-12/31/1993 | 365 | 07.00 | 2,189.41 | 927.81 |
| COMPOUND | 01/01/1994-06/30/1994 | 181 | 07.00 | 1,143.88 | 501.78 |
| COMPOUND | 07/01/1994-09/30/1994 | 92 | 08.00 | 682.93 | 304.96 |
| COMPOUND | 10/01/1994-12/31/1994 | 92 | 09.00 | 784.93 | 355.38 |
| COMPOUND | 01/01/1995-03/31/1995 | 90 | 09.00 | 785.29 | 360.67 |
| COMPOUND | 04/01/1995-06/30/1995 | 91 | 10.00 | 903.26 | 421.08 |
| COMPOUND | 07/01/1995-12/31/1995 | 184 | 09.00 | 1,702.65 | 811.42 |
| COMPOUND | 01/01/1996-03/31/1996 | 91 | 09.00 | 868.65 | 422.64 |
| COMPOUND | 04/01/1996-06/30/1996 | 91 | 08.00 | 788.63 | 388.67 |
| COMPOUND | 07/01/1996-12/31/1996 | 184 | 09.00 | 1,853.39 | 931.60 |
| COMPOUND | 01/01/1997-12/31/1997 | 365 | 09.00 | 3,945.52 | 2,064.57 |
| COMPOUND | 01/01/1998-03/31/1998 | 90 | 09.00 | 1,028.67 | 555.72 |
| COMPOUND | 04/01/1998-12/31/1998 | 275 | 08.00 | 2,911.93 | 1,610.53 |
| COMPOUND | 01/01/1999-03/31/1999 | 90 | 07.00 | 866.72 | 489.76 |
| COMPOUND | 04/01/1999-12/31/1999 | 275 | 08.00 | 3,146.66 | 1,816.71 |
| COMPOUND | 01/01/2000-03/31/2000 | 91 | 08.00 | 1,080.73 | 637.57 |
| COMPOUND | 04/01/2000-12/31/2000 | 275 | 09.00 | 3,839.13 | 2,318.96 |
| COMPOUND | 01/01/2001-03/31/2001 | 90 | 09.00 | 1,317.52 | 814.73 |
| COMPOUND | 04/01/2001-06/30/2001 | 91 | 08.00 | 1,209.36 | 756.11 |
| COMPOUND | 07/01/2001-12/31/2001 | 184 | 07.00 | 2,199.66 | 1,395.11 |
| COMPOUND | 01/01/2002-12/31/2002 | 365 | 06.00 | 3,923.03 | 2,549.82 |

198312 - TAX PRD INTEREST COMPUTATION TO 02/13/2003 (con't)

| Type | Effective Dates | Days | Rate | Regular Interest | TMT Interest** |
|---|---|---|---|---|---|
| COMPOUND | 04/15/1984-12/31/1984 | 260 | 11.00 | 999.87 | 0.00 |

| | | |
|---|---|---|
| Total Interest | 55,482.86 | 26,089.70 |
| Total TMT Interest | 26,089.70 | |
| Total Underpayment | 12,304.00 | |
| Total Penalties | 0.00 | |
| Total Amount Due | 93,876.56 | |

Additional interest will be charged at the current rate compounded daily. Interest is charged from the original due date of the return to a date 30 days after an agreement to the additional tax is signed, or to the date of payment, if earlier. Negligence and fraud penalties, if applicable, will also continue to be charged. Generally, if notice and demand is made for payment of any amount, and that amount is paid within 21 days after the date of the notice and demand, interest on the amount paid will not be charged after the date of the notice and demand. Since additional tax is due, you may want to pay it now and limit the interest and penalty charges.

* Interest on penalties became effective 7/19/1984 (1/1/1989 for Negligence and Civil Fraud) and is computed from the due date of the return unless a valid extension was filed. Extension date:

** TMT (Tax Motivated Transaction) interest is computed on the underpayment of tax attributable to such transactions for interest period after 12/31/84.