**REDDING & ASSOCIATES, P.C.**
ATTORNEYS AT LAW
2914 West T.C. Jester
Houston, Texas 77018-7010
Telephone: (713) 965-9244 • Telecopier: (713) 621-5227

Thomas E. Redding, J.D.
Sallie W. Gladney, J.D.

Teresa J. Womack, J.D.
Brett A. Thompson, J.D., C.P.A.

July 15, 2005

**PRIORITY CERTIFIED MAIL**
**# 7004 1160 0007 3083 0956**
**RETURN RECEIPT REQUESTED**

Internal Revenue Service Center
Fresno, CA 93888

Re: Vaughn Gregor (SSN[redacted]1383) and Audrey Gregor (SSN[redacted]1377)
Form 843, Claim for Refund and Request for Abatement, for 1983
Form 8822, Change of Address, for tax year 1983

Dear Sirs:

Enclosed are the above refund claims to be filed for the above clients. Please mail the refunds in my care in accordance with the instructions on Part 6 of the attached power of attorney.

**The claim is timely filed within two years of payment of the amount sought to be refunded.**

Very truly yours,

REDDING & ASSOCIATES, P.C.

Sallie W. Gladney

Enclosures - Form 843
Form 8822
Power of Attorney

PLAINTIFFS' EXHIBIT
F

R:\DOCS\CORRESP.Q\QGGL7055.GR1.wpd

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Internal Revenue Service Center
Fresno CA 93888

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (*Printed Name*)
C. Date of Delivery

RECEIVED

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

JUL 18 2005
INTERNAL REVENUE SERVICE
FRESNO, CA

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service label*) 7004 1160 0007 3083 0956

PS Form **3811**, February 2004 Domestic Return Receipt 102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
***(Domestic Mail Only; No Insurance Coverage Provided)***

**For delivery information visit our website at www.usps.com®**

**OFFICIAL USE**

7004 1160 0007 3083 0956

| | |
|---|---|
| Postage | $ 3.85 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.90 |

Postmark Here: HOUSTON TX OAK FOREST STA JUL 15 2005 USPS 77018

Gregor 100

*Sent To* Internal Revenue Service Center
*Street, Apt. No.; or PO Box No.*
*City, State, ZIP+4* Fresno CA 93888

PS Form 3800, June 2002 See Reverse for Instructions