**Derringer Oil Technology Partners 1982 - 1983 Tax Year**

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Adjustments to Ordinary Income: | | |
| A. Interest Expense | $833,900.00 | $0.00 |
| B. Guaranteed Payments | 21,339.00 | 21,339.00 |
| C. Other Deductions: | | |
| 1. License Fee | 9,000,000.00 | 0.00 |
| 2. Miscellaneous | 361,551.00 | 361,551.00 |
| Total Deductions | $10,216,790.00 | $382,890.00 |
| Total Income | 1,134,645.00 | 1,134,645.00 |
| Total Ordinary (Loss)/Income | ($9,082,145.00) | $751,755.00 |
| Other Adjustments: | | |
| Net Earnings from Self-Employment | ($29,099.00) | $165.00 |
| Unadjusted Basis in ITC Property: | | |
| New - Other - Sec. 48(q) | $0.00 | $0.00 |
| Used - Other - Sec. 48(q) | 0.00 | 0.00 |
| Tax Preference Item: | | |
| Net Investment Income | $840,219.00 | $840,219.00 |
| Cost Depletion Oil and Gas | $0.00 | $0.00 |
| Oil and Gas Depletion to the Extent of Basis | $0.00 | $0.00 |

**Dillon Oil Technology Partners - 1983 Tax Year**

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Adjustments to Ordinary Income: | | |
| Total Deductions | $22,777,786.00 | $5,358,169.00 |
| Total Income | 5,370,415.00 | 5,370,415.00 |
| Total Ordinary (Loss)/Income | ($17,407,371.00) | $12,246.00 |
| Other Adjustments: | | |
| Net Earnings from Self-Employment | $11,471.00 | $575.00 |
| Unadjusted Basis in ITC Property: | | |
| New - Other - Sec. 48(q) | $0.00 | $0.00 |
| Used - Other - Sec. 48(q) | 0.00 | 0.00 |
| Tax Preference Item: | | |
| Net Investment Income | $4,405,778.00 | $4,405,778.00 |
| Cost Depletion Oil and Gas | $0.00 | $0.00 |

**Drake Oil Technology Partners - 1983 Tax Year**

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Adjustments to Ordinary Income: | | |
| A. Interest Expense | $3,401,521.00 | $0.00 |
| B. Guaranteed Payments | 156,350.00 | 156,350.00 |
| C. Depreciation | 8,583.00 | 8,583.00 |
| D. Other Deductions: | | |
| 1. License Fee | 18,155,000.00 | 0.00 |
| 2. Miscellaneous | 1,476,651.00 | 1,476,651.00 |
| Total Deductions | $23,198,105.00 | $1,641,584.00 |
| Total Income | 3,189,395.00 | 3,189,395.00 |
| Total Ordinary (Loss)/Income | ($20,008,710.00) | $1,547,811.00 |
| Other Adjustments: | | |
| Net Earnings from Self-Employment | ($7,720.00) | $1,549.00 |
| Unadjusted Basis in ITC Property: | | |
| New - Other - Sec. 48(q) | $0.00 | $0.00 |
| Used - Other - Sec. 48(q) | 0.00 | 0.00 |
| Tax Preference Item: | | |
| Net Investment Income | $2,619,449.00 | $2,619,449.00 |
| Cost Depletion Oil and Gas | $0.00 | $0.00 |
| Oil and Gas Depletion to the Extent of Basis | $0.00 | $0.00 |

**Vanguard Oil Technology Partners - 1983 Tax Year**

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Adjustments to Ordinary Income: | | |
| A. Interest Expense | $604,236.00 | $0.00 |
| B. Guaranteed Payments | 24,152.00 | 24,152.00 |
| C. Depreciation | 1,762.00 | 1,762.00 |
| D. Other Deductions: | | |
| 1. License Fee | 3,225,000.00 | 0.00 |
| 2. Miscellaneous | 246,317.00 | 246,317.00 |
| Total Deductions | $4,101,467.00 | $272,231.00 |
| Total Income | 588,766.00 | 588,766.00 |
| Total Ordinary (Loss)/Income | ($3,512,701.00) | $316,535.00 |
| Other Adjustments: | | |
| Net Earnings from Self-Employment | ($1,138.00) | $300.00 |
| Unadjusted Basis in ITC Property: | | |
| New - Other - Sec. 48(q) | $0.00 | $0.00 |
| Used - Other - Sec. 48(q) | 0.00 | 0.00 |
| Tax Preference Item: | | |
| Net Investment Income | $419,992.00 | $419,992.00 |
| Cost Depletion Oil and Gas | $0.00 | $0.00 |
| Oil and Gas Depletion to the Extent Of Basis | $0.00 | $0.00 |

**Vulcan Oil Technology Partners - 1983 Tax Year**

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Adjustments to Ordinary Income: | | |
| A. Interest Expense | $993,008.00 | $0.00 |
| B. Guaranteed Payments | 41,809.00 | 41,809.00 |
| C. Depreciation | 2,575.00 | 2,575.00 |
| D. Other Deductions: | | |
| 1. License Fee | 5,300,000.00 | 0.00 |
| 2. Miscellaneous | 437,648.00 | 437,648.00 |
| Total Deductions | $6,775,040.00 | $482,032.00 |
| Total Income | 924,979.00 | 924,979.00 |
| Total Ordinary (Loss)/Income | $5,850,061.00 | $442,947.00 |
| Other Adjustments: | | |
| Net Earnings from Self-Employment | ($2,326.00) | $425.00 |
| Unadjusted Basis in ITC Property: | | |
| New - Other - Sec. 48(q) | $0.00 | $0.00 |
| Used - Other - Sec. 48(q) | 0.00 | 0.00 |
| Tax Preference Item: | | |
| Net Investment Income | $571,481.00 | $571,481.00 |
| Cost Depletion Oil and Gas | $0.00 | $0.00 |
| Oil and Gas Depletion to the Extent of Basis | $0.00 | $0.00 |

It is further

ORDERED that in addition to normal service, the Clerk of the Court shall serve copies of this Order and Order of Dismissal and Decision on those partners of the above-named partnerships whose names and addresses appeared in Exhibits C through I that were made a part of the Court's show cause order.

Stephen J. Swift
Judge

ENTERED: JUN 13 2002

PAGE NO-0001 IRS EMPLOYEE 061550423

DATE REQUESTED 12-20-2004 PRINT DATE 12-20-200

FORM NUMBER: 1040 TAX PERIOD: DEC 198

TAXPAYER IDENTIFICATION NUMBER: [redacted]1383
** SPOUSE TAXPAYER IDENTIFICATION NUMBER: [redacted]1377

VAUGHN & AUDREY GREGOR
465 CASTLE PL
BEVERLY HILLS CA 90210-1858-655 BODC-SB BODCLC-W

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE: 127.64-
ACCRUED INTEREST: 0.00 AS OF 12-27-2004
ACCRUED PENALTY: 0.00 AS OF 12-27-2004

ACCOUNT BALANCE
PLUS ACCRUALS: 127.64-

** EXEMPTIONS: 03 **FILING STATUS: MARRIED FILING JOINT
** ADJUSTED GROSS INCOME: 226,656.00
** TAXABLE INCOME: 165,362.00
TAX PER RETURN: 38,630.00

** PER RETURN OR AS ADJUSTED

05-04-1984 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
06-11-1984 PROCESSING DATE

TRANSACTIONS

| CODE | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|---|
| 150 | RETURN FILED AND TAX ASSESSED 89221-134-22840-4 | 06-11-1984 | 38,630.00 |
| 806 | CREDIT FROM WITHHELD TAXES & EXCESS FICA | 04-15-1984 | 50,856.00- |
| 460 | EXTENSION OF TIME TO FILE EXT. DATE 08-15-1984 | 04-15-1984 | |
| 846 | REFUND | 06-11-1984 | 12,226.00 |
| 640 | ADVANCE PAYMENT OF DEFICIENCY | 06-04-1985 | 2,204.00- |
| 350 | NEGLIGENCE PENALTY 198546 | 11-25-1985 | 252.12 |
| 300 | ADDITIONAL TAX ASSESSED BY EXAMINATION 89247-705-00446-5 198546 | 11-25-1985 | 2,099.00 |
| 336 | INTEREST ASSESSED 198546 | 11-25-1985 | 301.04 |
| 670 | SUBSEQUENT PAYMENT | 12-12-1985 | 448.16- |
| 960 | RECEIVED POA/TIA | 12-21-1985 | |
| 961 | REMOVED POA/TIA | 04-07-1990 | |
| 340 | RESTRICTED INTEREST ASSESSED 200329 | 07-28-2003 | 174,135.23 |

****************************CONTINUED ON NEXT PAGE****************************

Exhibit H

| | | | |
|---|---|---|---|
| 300 | ADDITIONAL TAX ASSESSED BY EXAMINATION<br>29247-591-98000-3 200329 | 07-28-2003 | 25,830.00 |
| 670 | SUBSEQUENT PAYMENT | 09-02-2003 | 199,965.23- |
| 670 | SUBSEQUENT PAYMENT | 01-11-2004 | 255.28- |
| 276 | FAILURE TO PAY TAX PENALTY<br>200404 | 02-09-2004 | 127.64 |
| 960 | RECEIVED POA/TIA | 11-05-2004 | |

Department of the Treasury - Internal Revenue Service
Income Tax Examination Changes

| Name and Address of Taxpayer | SS or EI Number: | | Return Form No. |
|---|---|---|---|
| VAUGHN & AUDREY GREGOR<br>445 CASTLE PLACE<br>BEVERLY HILLS CA 90210-1859 | [redacted]383 | | 1040 |
| | Person with whom examination changes were discussed | Name and Title | |

| 1. Adjustments to Income | Period End 12/31/1983 | Period End 12/31/1984 | Period End |
|---|---|---|---|
| A. CROWNS OIL ORD INCOME | $ 51,661.00 | $ 566.00 | $ |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| O. | | | |
| P. | | | |
| Q. | | | |
| R. | | | |
| S. | | | |
| 2. Total Adjustments | 51,662.00 | 566.00 | |
| 3. Taxable Income Per Return or as Previously Adjusted | 113,701.00 | 58,750.00 | |
| 4. Corrected Taxable Income | 165,362.00 | 59,316.00 | |
| Tax Method | TAX RATE | TAX RATE | |
| Filing Status | JOINT | JOINT | |
| 5. Tax | 66,683.00 | 14,908.00 | |
| 6. Additional Taxes | | | |
| 7. Corrected Tax Liability | 66,683.00 | 14,908.00 | |
| 8. Less Credits A. POLITICAL CONTRIBUTION | 100.00 | 100.00 | |
| B. INVESTMENT CREDIT | 24.00 | | |
| C. GENERAL BUSINESS CREDIT | | 20.00 | |
| D. | | | |
| 9. Balance (Line 7 less total of lines 8A through 8D) | 66,559.00 | 14,788.00 | |
| 10. Plus Other Taxes A. ALTERNATIVE MINIMUM TAX | | 3,653.00 | |
| B. | | | |
| C. | | | |
| D. | | | |
| 11. Total Corrected Tax Liability (Line 9 + lines 10A to 10D) | 66,559.00 | 18,441.00 | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 40,729.00 | 18,328.00 | |
| 13. Adjustments to A. Special Fuels Credit | | | |
| B. | | | |
| 14. Deficiency - Increase in Tax or (Overassessment - Decrease in tax) (Line 11 less Line 12 adjusted by Line 13) | 25,830.00 | 113.00 | |
| 15. Adjustments to Prepayment Credits | | | |
| 16. Balance Due or Overpayment (Line 14 Adjusted by Line 15) (Excluding Interest and penalties) | $ 25,830.00 | $ 113.00 | $ |

The Internal Revenue Service has agreements with State tax agencies under which information about Federal tax, including increases or decreases, is exchanged with the States. If this change affects the amount of your State income tax, you should file the State form.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income and do not pay the required tax. The IRS may order backup withholding at 31 percent after four notices have been issued to you over a 120-day period and the tax has been assessed and remains unpaid.

RGS Ver 5.30.00



Form 4549A-CG (Rev. 1-91)

Exhibit I

Department of the Treasury - Internal Revenue Service
Income Tax Examination Changes

| Name of Taxpayer: VAUGHN & AUDREY GREGOR | SS or EI Number: [redacted]1353 | Return Form No. 1040 |
|---|---|---|

| 17. Penalties | Period End 12/31/1983 | Period End 12/31/1984 | Period End |
|---|---|---|---|
| A. | $ | $ | $ |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| 18. Total Penalties | | | |
| 19. Underpayment attributable to negligence: (1981 - 1987) An Addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | | | |
| 20. Underpayment attributable to fraud: (1982 - 1987) An addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | | | |
| 21. Underpayment attributable to Tax Motivated Transactions: TMT Interest will accrue and be assessed at 120 percent of the underpayment rate in accordance with IRC 6621(c). | 25,630.00 | | |
| Summary of Taxes, Penalties and Interest: | | | |
| A. Balance due or Overpayment of Taxes (line 16, page 1) | 25,830.00 | 113.00 | |
| B. Penalties (line 18, page 2) (computed to 03/08/2003) | | | |
| C. Interest (IRC 6601) (computed to 03/08/2003) | 117,191.36 | 444.38 | |
| D. TMT Interest (computed to 03/08/2003 on TMT underpay) | 55,244.52 | | |
| E. Amount due or refund (sum of lines A. B. C. and D.) | 198,265.88 | 557.38 | |

Other Information:

The interest computation shown on this report is only an estimate. When the additional tax has been added to your account, you will receive a correct billing.

| Examiner's Signature | District | Date |
|---|---|---|
| Jayne Brown ID 0478605920 | Ogden Service Center | 02/06/2003 |

RGS Ver. 5.00.00



Form 4549A-CG (Rev. 1-91)

Name of Taxpayer: VAUGHN & AUDREY GREGOR 02/06/2003
Identification Number: [redacted]1383 TOTAL 5.00.00

198312 - TAX PRD INTEREST COMPUTATION TO 03/08/2003

| | | |
|---|---|---|
| Total Tax Deficiency | | 25,830.00 |
| Plus Penalties* | | |
| -Overvaluation | 0.00 | |
| -Substantial Understatement | 0.00 | |
| -Failure to File | 0.00 | |
| -Negligence | 0.00 | |
| -Civil Fraud | 0.00 | |
| -Accuracy Penalties | 0.00 | |
| Total Penalties* | | 0.00 |
| Tax Deficiency and Penalties Subject to Interest | | 25,830.00 |

| Type | Effective Dates | Days | Rate | Regular Interest | TMT Interest** |
|---|---|---|---|---|---|
| COMPOUND | 04/15/1984-12/31/1984 | 260 | 11.00 | 2,099.04 | 0.00 |
| COMPOUND | 01/01/1985-06/30/1985 | 181 | 13.00 | 1,859.43 | 386.40 |
| COMPOUND | 07/01/1985-12/31/1985 | 184 | 11.00 | 1,698.23 | 377.60 |
| COMPOUND | 01/01/1986-06/30/1986 | 181 | 10.00 | 1,600.53 | 376.52 |
| COMPOUND | 07/01/1986-12/31/1986 | 184 | 09.00 | 1,535.54 | 379.32 |
| COMPOUND | 01/01/1987-09/30/1987 | 273 | 09.00 | 2,410.56 | 629.66 |
| COMPOUND | 10/01/1987-12/31/1987 | 92 | 10.00 | 945.18 | 257.87 |
| COMPOUND | 01/01/1988-03/31/1988 | 91 | 11.00 | 1,052.88 | 294.31 |
| COMPOUND | 04/01/1988-09/30/1988 | 183 | 10.00 | 2,000.90 | 579.29 |
| COMPOUND | 10/01/1988-12/31/1988 | 92 | 11.00 | 1,150.21 | 344.51 |
| COMPOUND | 01/01/1989-03/31/1989 | 90 | 11.00 | 1,159.61 | 355.60 |
| COMPOUND | 04/01/1989-09/30/1989 | 183 | 12.00 | 2,687.24 | 855.00 |
| COMPOUND | 10/01/1989-12/31/1989 | 92 | 11.00 | 1,293.87 | 426.64 |
| COMPOUND | 01/01/1990-12/31/1990 | 365 | 11.00 | 5,501.78 | 1,917.10 |
| COMPOUND | 01/01/1991-03/31/1991 | 90 | 11.00 | 1,452.17 | 532.63 |
| COMPOUND | 04/01/1991-12/31/1991 | 275 | 10.00 | 4,246.77 | 1,617.93 |
| COMPOUND | 01/01/1992-03/31/1992 | 91 | 09.00 | 1,324.19 | 522.27 |
| COMPOUND | 04/01/1992-09/30/1992 | 183 | 08.00 | 2,442.18 | 984.59 |
| COMPOUND | 10/01/1992-12/31/1992 | 92 | 07.00 | 1,105.63 | 454.68 |
| COMPOUND | 01/01/1993-12/31/1993 | 365 | 07.00 | 4,596.27 | 1,947.76 |
| COMPOUND | 01/01/1994-06/30/1994 | 181 | 07.00 | 2,401.38 | 1,053.37 |
| COMPOUND | 07/01/1994-09/30/1994 | 92 | 08.00 | 1,433.69 | 640.21 |
| COMPOUND | 10/01/1994-12/31/1994 | 92 | 09.00 | 1,647.81 | 746.06 |
| COMPOUND | 01/01/1995-03/31/1995 | 90 | 09.00 | 1,648.56 | 757.17 |
| COMPOUND | 04/01/1995-06/30/1995 | 91 | 10.00 | 1,896.23 | 883.97 |
| COMPOUND | 07/01/1995-12/31/1995 | 184 | 09.00 | 3,574.41 | 1,703.43 |
| COMPOUND | 01/01/1996-03/31/1996 | 91 | 09.00 | 1,823.57 | 887.26 |
| COMPOUND | 04/01/1996-06/30/1996 | 91 | 08.00 | 1,655.58 | 815.95 |
| COMPOUND | 07/01/1996-12/31/1996 | 184 | 09.00 | 3,890.86 | 1,955.72 |
| COMPOUND | 01/01/1997-12/31/1997 | 365 | 09.00 | 8,282.91 | 4,334.18 |
| COMPOUND | 01/01/1998-03/31/1998 | 90 | 09.00 | 2,159.50 | 1,166.64 |
| COMPOUND | 04/01/1998-12/31/1998 | 275 | 08.00 | 6,113.07 | 3,381.02 |
| COMPOUND | 01/01/1999-03/31/1999 | 90 | 07.00 | 1,819.52 | 1,028.17 |
| COMPOUND | 04/01/1999-12/31/1999 | 275 | 08.00 | 6,605.85 | 3,813.85 |
| COMPOUND | 01/01/2000-03/31/2000 | 91 | 08.00 | 2,268.80 | 1,338.46 |
| COMPOUND | 04/01/2000-12/31/2000 | 275 | 09.00 | 8,059.55 | 4,868.23 |
| COMPOUND | 01/01/2001-03/31/2001 | 90 | 09.00 | 2,765.89 | 1,710.38 |
| COMPOUND | 04/01/2001-06/30/2001 | 91 | 08.00 | 2,538.84 | 1,587.31 |
| COMPOUND | 07/01/2001-12/31/2001 | 184 | 07.00 | 4,617.78 | 2,928.79 |
| COMPOUND | 01/01/2002-12/31/2002 | 365 | 06.00 | 8,235.68 | 5,352.88 |

Name of Taxpayer: VAUGHN & AUDREY GREGOR 02/06/2003
Identification Number: [redacted]1383 TOTAL 5.00.00

198312 - TAX PRD INTEREST COMPUTATION TO 03/08/2003 (con't)

| Type | Effective Dates | Days | Rate | Regular Interest | TMT Interest** |
|---|---|---|---|---|---|
| COMPOUND | 04/15/1984-12/31/1984 | 260 | 11.00 | 2,099.04 | 0.00 |
| | Total Interest | | | 117,191.36 | 55,244.52 |
| | Total TMT Interest | | | 55,244.52 | |
| | Total Underpayment | | | 25,830.00 | |
| | Total Penalties | | | 0.00 | |
| | Total Amount Due | | | 198,265.88 | |

Additional interest will be charged at the current rate compounded daily. Interest is charged from the original due date of the return to a date 30 days after an agreement to the additional tax is signed, or to the date of payment, if earlier. Negligence and fraud penalties, if applicable, will also continue to be charged. Generally, if notice and demand is made for payment of any amount, and that amount is paid within 21 days after the date of the notice and demand, interest on the amount paid will not be charged after the date of the notice and demand. Since additional tax is due, you may want to pay it now and limit the interest and penalty charges.

* Interest on penalties became effective 7/19/1984 (1/1/1989 for Negligence and Civil Fraud) and is computed from the due date of the return unless a valid extension was filed. Extension date:

** TMT (Tax Motivated Transaction) interest is computed on the underpayment of tax attributable to such transactions for interest period after 12/31/84.

Name of Taxpayer: VAUGHN & AUDREY GREGOR 02/06/2003
Identification Number: [redacted]1383 TOTAL 5.00.00

198312 - EXPLANATION OF INTEREST ON TAX MOTIVATED TRANSACTION

It is determined that part of the underpayment of tax is attributable to tax motivated transactions as defined under Section 6621(c) of the Internal Revenue Code. Consequently, the annual rate of interest accruing after December 31, 1984 will be a percentage of the adjusted rate established under Section 6621(c) on any substantial underpayment attributable to tax motivated transactions. Interest applying to the amount on line 5 below will be computed and assessed at the applicable percentage.

| | |
|---|---|
| 1. Total corrected tax liability, Form 4549, line 11 | 66,559.00 |
| 2. Total corrected tax liability without regard to tax motivated transactions | 40,729.00 |
| 3. Line 1 less line 2 - underpayment attributable to tax motivated transactions (0 if under $1,000) | 25,830.00 |
| 4. Tax Deficiency, Form 4549, line 13 | 25,830.00 |
| 5. Lesser of line 3 or line 4 - amount to which Section 6621(a) applies | 25,830.00 |

ADJUSTMENTS ATTRIBUTABLE TO TAX MOTIVATED TRANSACTIONS:

| | |
|---|---|
| CROWNE OIL ORD INCOME | 51,661.00 |

Name Of Taxpayer: V. JGHN & AUDREY GREGOR 02/06/2003
Identification Number: [redacted]1383 TOTAL 5.00.00

198412 FORM 6251 - ALTERNATIVE MINIMUM TAX COMPUTATION

| | | | | |
|---|---|---|---|---|
| 1. | Adjusted Gross Income | | | 114,614.00 |
| 2. | Medical and dental expense | 0.00 | | |
| 3. | 0.050 of Adjusted Gross Income | 5,731.00 | | |
| 4. | Line 2 less line 3 | | 0.00 | |
| 5. | Contributions | | 10,374.00 | |
| 6. | Casualty and theft losses | | 0.00 | |
| 7. | Interest expense for residence | | 2,966.00 | |
| 8. | Other interest expense | 21,890.00 | | |
| 9. | Net Investment Income | 56,451.00 | | |
| 10. | Lesser of line 8 or 9 | | 21,890.00 | |
| 11. | Gambling losses to the extent of winnings | | 0.00 | |
| 12. | Estate tax allowable under Section 691(c) | | 0.00 | |
| 13. | Sum of lines 4, 5, 6, 7, 10, 11 and 12 | | | 35,230.00 |
| 14. | Line 1 less Line 13 | | | 79,384.00 |
| 15. | Tax preference items | | | 52,823.00 |
| 16. | Sum of lines 14 and 15 - Alt Min Taxable Income | | | 132,207.00 |
| 17. | Limitation amount | | | 40,000.00 |
| 18. | Line 16 less line 17 | | | 92,207.00 |
| 19. | 20% of line 18 | | | 18,441.00 |
| 20. | Adjusted tax less total credits | | | 14,788.00 |
| 21. | Line 19 less line 20 | | | 3,653.00 |
| 22. | Foreign Tax Credit | | | 0.00 |
| 23. | Line 21 less line 22 - ALTERNATIVE MINIMUM TAX | | | 3,653.00 |

| FORM 886-A | EXPLANATION OF ITEMS | SCHEDULE/EXHIBIT |
|---|---|---|
| NAME OF TAXPAYER<br>VAUGH[redacted]GREGOR | [redacted]1383 | YEAR/PERIOD ENDED<br>[redacted] |

STANDARD PARAGRAPHS:

| | PER [redacted] | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| CROWNE [redacted]NCOME | (51,686.00) | [redacted]0) | 51[redacted] |

We have adjusted your return in accordance with the examination results for the identified Partnership / S Corporation. The examination results are based on the provisions stipulated in the United States Tax Court decision regarding the Partnership / S Corporation return.

Name of Taxpayer: VAUGHN & AUDREY GREGOR
Identification Number: [redacted]-1383 TOTAL

02/06/2003
5.00.00

198412 - TAX PRD INTEREST COMPUTATION TO 03/08/2003

| | | |
|---|---|---|
| Total Tax Deficiency | | |
| Plus Penalties* | | 113.00 |
| -Overvaluation | 0.00 | |
| -Substantial Understatement | 0.00 | |
| -Failure to File | 0.00 | |
| -Negligence | 0.00 | |
| -Civil Fraud | 0.00 | |
| -Accuracy Penalties | 0.00 | |
| Total Penalties* | | 0.00 |
| Tax Deficiency and Penalties Subject to Interest | | 113.00 |

| Type | Effective Dates | Days | Rate | Interest |
|---|---|---|---|---|
| COMPOUND | 04/15/1985-06/30/1985 | 76 | 13.00 | 3.10 |
| COMPOUND | 07/01/1985-12/31/1985 | 184 | 11.00 | 6.52 |
| COMPOUND | 01/01/1986-06/30/1986 | 181 | 10.00 | 6.24 |
| COMPOUND | 07/01/1986-12/31/1986 | 184 | 09.00 | 5.98 |
| COMPOUND | 01/01/1987-09/30/1987 | 273 | 09.00 | 9.40 |
| COMPOUND | 10/01/1987-12/31/1987 | 92 | 10.00 | 3.68 |
| COMPOUND | 01/01/1988-03/31/1988 | 91 | 11.00 | 4.10 |
| COMPOUND | 04/01/1988-09/30/1988 | 183 | 10.00 | 7.80 |
| COMPOUND | 10/01/1988-12/31/1988 | 92 | 11.00 | 4.48 |
| COMPOUND | 01/01/1989-03/31/1989 | 90 | 11.00 | 4.52 |
| COMPOUND | 04/01/1989-09/30/1989 | 183 | 12.00 | 10.47 |
| COMPOUND | 10/01/1989-12/31/1989 | 92 | 11.00 | 5.04 |
| COMPOUND | 01/01/1990-12/31/1990 | 365 | 11.00 | 21.44 |
| COMPOUND | 01/01/1991-03/31/1991 | 90 | 11.00 | 5.66 |
| COMPOUND | 04/01/1991-12/31/1991 | 275 | 10.00 | 16.55 |
| COMPOUND | 01/01/1992-03/31/1992 | 91 | 09.00 | 5.16 |
| COMPOUND | 04/01/1992-09/30/1992 | 183 | 08.00 | 9.52 |
| COMPOUND | 10/01/1992-12/31/1992 | 92 | 07.00 | 4.31 |
| COMPOUND | 01/01/1993-12/31/1993 | 365 | 07.00 | 17.91 |
| COMPOUND | 01/01/1994-06/30/1994 | 181 | 07.00 | 9.36 |
| COMPOUND | 07/01/1994-09/30/1994 | 92 | 08.00 | 5.59 |
| COMPOUND | 10/01/1994-12/31/1994 | 92 | 09.00 | 6.42 |
| COMPOUND | 01/01/1995-03/31/1995 | 90 | 09.00 | 6.42 |
| COMPOUND | 04/01/1995-06/30/1995 | 91 | 10.00 | 7.39 |
| COMPOUND | 07/01/1995-12/31/1995 | 184 | 09.00 | 13.93 |
| COMPOUND | 01/01/1996-03/31/1996 | 91 | 09.00 | 7.11 |
| COMPOUND | 04/01/1996-06/30/1996 | 91 | 08.00 | 6.45 |
| COMPOUND | 07/01/1996-12/31/1996 | 184 | 09.00 | 15.16 |
| COMPOUND | 01/01/1997-12/31/1997 | 365 | 09.00 | 32.28 |
| COMPOUND | 01/01/1998-03/31/1998 | 90 | 09.00 | 8.42 |
| COMPOUND | 04/01/1998-12/31/1998 | 275 | 08.00 | 23.82 |
| COMPOUND | 01/01/1999-03/31/1999 | 90 | 07.00 | 7.09 |
| COMPOUND | 04/01/1999-12/31/1999 | 275 | 08.00 | 25.74 |
| COMPOUND | 01/01/2000-03/31/2000 | 91 | 08.00 | 8.84 |
| COMPOUND | 04/01/2000-12/31/2000 | 275 | 09.00 | 31.41 |
| COMPOUND | 01/01/2001-03/31/2001 | 90 | 09.00 | 10.78 |
| COMPOUND | 04/01/2001-06/30/2001 | 91 | 08.00 | 9.89 |
| COMPOUND | 07/01/2001-12/31/2001 | 184 | 07.00 | 18.00 |
| COMPOUND | 01/01/2002-12/31/2002 | 365 | 06.00 | 32.10 |

Name of Taxpayer: VAUGHN & AUDREY GREGOR 02/06/2003
Identification Number: [redacted]1383 TOTAL 5.00.00

198412 - TAX PRD INTEREST COMPUTATION TO 03/08/2003 (con't)

| Type | Effective Dates | Days | Rate | Interest |
|---|---|---|---|---|
| COMPOUND | 04/15/1985-06/30/1985 | 76 | 13.00 | 3.10 |
| | | Total Interest | | 444.38 |
| | | Total Underpayment | | 113.00 |
| | | Total Penalties | | 0.00 |
| | | Total Amount Due | | 557.38 |

Additional interest will be charged at the current rate compounded daily. Interest is charged from the original due date of the return to a date 30 days after an agreement to the additional tax is signed, or to the date of payment, if earlier. Negligence and fraud penalties, if applicable, will also continue to be charged. Generally, if notice and demand is made for payment of any amount, and that amount is paid within 21 days after the date of the notice and demand, interest on the amount paid will not be charged after the date of the notice and demand. Since additional tax is due, you may want to pay it now and limit the interest and penalty charges.

* Interest on penalties became effective 7/19/1984 (1/1/1989 for Negligence and Civil Fraud) and is computed from the due date of the return unless a valid extension was filed. Extension date:

| FORM 886-A | EXPLANATION OF ITEMS | SCHEDULE/EXHIBIT ____ |
|---|---|---|
| NAME OF TAXPAYER<br>VAUGHN & AUDREY GREGOR | [redacted]1383 | YEAR/PERIOD ENDED<br>198412 |

STANDARD PARAGRAPHS:

| | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| CROWNE OIL ORD INCOME | (566.00) | 0.00 | 566.00 |

We have adjusted your return in accordance with the examination results for the identified Partnership / S Corporation. The examination results are based on the provisions stipulated in the United States Tax Court decision regarding the Partnership / S Corporation return.

Name of Taxpayer: VAUGHN & AUDREY GREGOR
Identification Number: [redacted]1383 TOTAL 02/06/2003 5.00.00

198412 - TAX PRD INTEREST COMPUTATION TO 03/08/2003 (con't)

| Type | Effective Dates | Days | Rate | Interest |
|---|---|---|---|---|
| COMPOUND | 04/15/1985-06/30/1985 | 76 | 13.00 | 3.10 |

| | |
|---|---|
| Total Interest | [redacted] |
| Total Underpayment | 113.00 |
| Total Penalties | 0.00 |
| Total Amount Due | [redacted] |

Additional interest will be charged at the current rate compounded daily. Interest is charged from the original due date of the return to a date 30 days after an agreement to the additional tax is signed, or to the date of payment, if earlier. Negligence and fraud penalties, if applicable, will also continue to be charged. Generally, if notice and demand is made for payment of any amount, and that amount is paid within 21 days after the date of the notice and demand, interest on the amount paid will not be charged after the date of the notice and demand. Since additional tax is due, you may want to pay it now and limit the interest and penalty charges.

* Interest on penalties became effective 7/19/1984 (1/1/1989 for Negligence and Civil Fraud) and is computed from the due date of the return unless a valid extension was filed. Extension date:

EVENT SUMMARY REPORT TaxInterest Version 2004.3
Taxpayer name...: 07-05-05
Taxpayer ID#....: Page 1

| Events | Date | Amount | Event Date Balance (1) |
|---|---|---|---|
| Tax | 05-26-84 | 25,830.00 | 25,830.00 |
| Interest Computation Date | 07-28-03 | | 143,756.92 |

(1) Balance includes any interest and penalties accrued as of the Event Date

Summary as of 07-28-03

| | Amount | Payments | Deposits | Balance |
|---|---|---|---|---|
| Tax | 25,830.00 | 0.00 | 0.00 | 25,830.00 |
| Interest | 117,926.92 | 0.00 | 0.00 | 117,926.92 |
| Totals | 143,756.92 | 0.00 | 0.00 | 143,756.92 |

Prepared using: FEDERAL IRS interest rates
Table end date: 09-30-04 TVS Table

$174,135.23 Total Interest Assessed
-117,926.92 Interest Computed w/o §6621(c)
56,208.31 Interest due to §6621(c)

Exhibit I