Dillon Oil Technology Partners - 1984 Tax Year

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Adjustments to Ordinary Income: | | |
| A. Interest Expense | $3,670,203.00 | $0.00 |
| B. Guaranteed Payments | 97,933.00 | 97,933.00 |
| C. Other Deductions: | | |
| 1. License Fee | 19,586,665.00 | $0.00 |
| 2. Miscellaneous | 288,595.00 | 288,595.00 |
| Total Deductions | $23,643,396.00 | $386,528.00 |
| Total Income | 4,820,046.00 | 4,820,046.00 |
| Total Ordinary (Loss)/Income | ($18,823,350.00) | $4,433,518.00 |
| Other Adjustments: | | |
| Net Earnings from Self-Employment | ($21,039.00) | ($755.00) |
| Unadjusted Basis in ITC Property: | | |
| New - 3 Year - Sec. 48(q) | $0.00 | $0.00 |
| New - Other - Sec. 48(q) | 0.00 | 0.00 |
| Tax Preference Items: | | |
| Gross Income from Oil, Gas and Geothermal Properties | $0.00 | $0.00 |
| Deductions Allocable to Oil, Gas and Geothermal Properties | 0.00 | 0.00 |
| Qualified Investment Income | 4,771,845.00 | 4,771,845.00 |
| Qualified Investment Expense | 288,595.00 | 288,595.00 |
| Cost Depletion Oil and Gas | $0.00 | $0.00 |
| Oil and Gas Depletion to the Extent of Basis | $0.00 | $0.00 |
| Intangible Drilling Costs | $0.00 | $0.00 |
| Investment Income for Investment Interest Expense | $4,820,046.00 | $4,820,046.00 |

It is further

ORDERED that in addition to normal service, the Clerk of the Court shall serve copies of this Order and Order of Dismissal and Decision on those partners of the above-named partnerships whose names and addresses appeared in Exhibits C through O that were made a part of the Court's show cause orders.

Stephen J. Swift
Judge

ENTERED: JUN 13 2002

PAGE NO-0001 IRS EMPLOYEE 0615504797

DATE REQUESTED 12-17-2004 PRINT DATE 12-17-2004

FORM NUMBER: TAX PERIOD: DEC 1981

TAXPAYER IDENTIFICATION NUMBER: [redacted]-9859
** SPOUSE TAXPAYER IDENTIFICATION NUMBER: [redacted]-4170

HAROLD A & RUTH COOPER

-

BODC-SB BODCLC-W

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF 01-12-2004 |
| ACCRUED PENALTY: | 0.00 | AS OF 01-12-2004 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 0.00 | |

** EXEMPTIONS: **FILING STATUS: MARRIED FILING JOINT
** ADJUSTED GROSS INCOME: 0.00
** TAXABLE INCOME: 0.00
TAX PER RETURN: 0.00

** PER RETURN OR AS ADJUSTED

07-26-1982 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
07-26-1982 PROCESSING DATE

TRANSACTIONS

| CODE | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|---|
| 150 | RETURN FILED AND TAX ASSESSED 29252-218-00124-6 | 07-26-1982 | 42,354.00 |
| 806 | WITHHOLDING CREDIT | 04-15-1982 | 15,170.00- |
| 716 | OVERPAID CREDIT FROM PRIOR TAX PERIOD | 04-15-1981 | 1,752.00- |
| 430 | ESTIMATED TAX DECLARATION | 09-09-1981 | 78.00- |
| 430 | ESTIMATED TAX DECLARATION | 02-04-1982 | 610.00- |
| 670 | SUBSEQUENT PAYMENT | 04-15-1982 | 25,700.00- |
| 766 | REFUNDABLE CREDIT | 04-15-1982 | 340.00- |
| 836 | OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | 04-15-1982 | 1,296.00 |
| 767 | REFUNDABLE CREDIT REVERSED | 04-15-1982 | 340.00 |
| 300 | ADDITIONAL TAX ASSESSED BY EXAMINATION 29252-218-00124-6 199101 | 07-23-1984 | 0.00 |
| 336 | INTEREST ASSESSED 199101 | 07-23-1984 | 132.72 |
| 670 | SUBSEQUENT PAYMENT | 07-25-1984 | 472.72- |
| 295 | PRIOR TAX ABATED | 09-09-1985 | 8,030.00- |

****************************CONTINUED ON NEXT PAGE****************************

COPY

Exhibit H

| | | | |
|---|---|---|---|
| 290 | ADDITIONAL TAX ASSESSED<br>29252-218-00124-6 199101 | 03-10-1986 | 0.00 |
| 846 | REFUND | 03-10-1986 | 8,855.44 |
| 776 | INTEREST DUE TAXPAYER | 03-10-1986 | 825.44- |
| 460 | EXTENSION OF TIME TO FILE<br>EXT. DATE 00-00-0000 | 04-15-1982 | |
| 340 | RESTRICTED INTEREST ASSESSED<br>200310 | 03-17-2003 | 43,769.51 |
| 308 | ADDITIONAL TAX ASSESSED BY EXAMINATION<br>29247-456-98000-3 200310 | 03-17-2003 | 7,571.00 |
| 670 | SUBSEQUENT PAYMENT | 04-27-2003 | 51,662.19- |
| 960 | RECEIVED POA/TIA | 05-05-2003 | |
| 290 | ADDITIONAL TAX ASSESSED<br>28254-610-05031-3 200332 | 08-18-2003 | 0.00 |
| 826 | OVERPAYMENT CREDIT TRANSFERRED<br>1040 198212 | 04-27-2003 | 321.68 |

Department of the Treasury - Internal Revenue Service
Income Tax Examination Changes

| Name and Address of Taxpayer | SS or EI Number: | | Return Form No. |
|---|---|---|---|
| HAROLD A & RUTH COOPER<br>2809 LAS PIEDRAS DR<br>BURLINGAME CA 94010-5727 | [redacted]9859 | | 1040 |
| | Person with whom examination changes were discussed | Name and Title | |

| 1. Adjustments to Income | Period End 12/31/1981 | Period End | Period End |
|---|---|---|---|
| A. | $ | $ | $ |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| O. | | | |
| P. | | | |
| Q. | | | |
| R. | | | |
| S. | | | |
| 2. Total Adjustments | 0.00 | | |
| 3. Taxable Income Per Return or as Previously Adjusted | 102,891.00 | | |
| 4. Corrected Taxable Income | 102,891.00 | | |
| Tax Method | TAX RATE | | |
| Filing Status | JOINT | | |
| 5. Tax | 43,158.00 | | |
| 6. Additional Taxes | | | |
| 7. Corrected Tax Liability | 42,354.00 | | |
| 8. Less Credits A. INVESTMENT CREDIT | 459.00 | | |
| B. | | | |
| C. | | | |
| D. | | | |
| 9. Balance (Line 7 less total of lines 8A through 8D) | 41,895.00 | | |
| 0. Plus Other Taxes A. | | | |
| B. | | | |
| C. | | | |
| D. | | | |
| 1. Total Corrected Tax Liability (Line 9 + lines 10A to 10D) | 41,895.00 | | |
| 2. Total Tax Shown on Return or as Previously Adjusted | 34,324.00 | | |
| 3. Adjustments to A. Special Fuels Credit | | | |
| B. | | | |
| 4. Deficiency - Increase in Tax or (Overassessment - Decrease in tax) (Line 11 less Line 12 adjusted by Line 13) | 7,571.00 | | |
| 5. Adjustments to Prepayment Credits | | | |
| 6. Balance Due or Overpayment (Line 14 Adjusted by Line 15) (Excluding Interest and penalties) | $ 7,571.00 | $ | $ |

ie Internal Revenue Service has agreements with State tax agencies under which information about Federal tax, including increases decreases, is exchanged with the States. If this change affects the amount of your State income tax, you should file the State rm.

u may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income and do not pay e required tax. The IRS may order backup withholding at 31 percent after four notices have been issued to you over a 120-day riod and the tax has been assessed and remains unpaid.



Exhibit I

Department of the Treasury - Internal Revenue Service
Income Tax Examination Changes

| Name of Taxpayer: HAROLD A & RUTH COOPER | SS or EI Number: [redacted]9859 | Return Form No. 1040 |
|---|---|---|

| 17. Penalties | Period End 12/31/1981 | Period End | Period End |
|---|---|---|---|
| A. | $ | $ | $ |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| 18. Total Penalties | | | |
| 19. Underpayment attributable to negligence: (1981 - 1987) An Addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | | | |
| 20. Underpayment attributable to fraud: (1982 - 1987) An addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | | | |
| 21. Underpayment attributable to Tax Motivated Transactions: TMT Interest will accrue and be assessed at 120 percent of the underpayment rate in accordance with IRC 6621(c). | 7,571.00 | | |
| Summary of Taxes, Penalties and Interest: | | | |
| A. Balance due or Overpayment of Taxes (line 16, page 1) | 7,571.00 | | |
| B. Penalties (line 18, page 2) (computed to 02/20/2003) | | | |
| C. Interest (IRC 6601) (computed to 02/20/2003) | 29,678.21 | | |
| D. TMT Interest (computed to 02/20/2003 on TMT underpay) | 13,976.63 | | |
| E. Amount due or refund (sum of lines A. B. C. and D.) | 51,225.84 | | |

Other Information:

TMT interest applies to 1981 PER IRC 6621(c).

| Examiner's Signature | District | Date |
|---|---|---|
| Mrs. Price | Ogden Service Center | 01/21/2003 |

RGS Ver. 5.00.00



Form 4549A-CG (Rev. 1-91)

Case 1:06-cv-00222-NBF Document 15-15 Filed 11/14/2006 Page 7 of 10

FORM 886-A EXPLANATION OF ITEMS SCHEDULE/EXHIBIT

NAME OF TAXPAYER
HAROLD A & RUTH COOPER [redacted]-9859

YEAR/PERIOD ENDED
198112

STANDARD PARAGRAPHS:

| | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| ITC CARRYBACK FROM 1984 | 8,030.00 | 459.00 | 7,571.00 |

We have adjusted your return in accordance with the examination results for the identified Partnership / S Corporation. The examination results are based on the provisions stipulated in the United States Tax Court decision regarding the Partnership / S Corporation return.

The carryback of ITC has been reduced or eliminated because of an adjustment to the year in which the ITC originated.

198112 - EXPLANATION OF INTEREST ON TAX MOTIVATED TRANSACTION

It is determined that part of the underpayment of tax is attributable to tax motivated transactions as defined under Section 6621(c) of the Internal Revenue Code. Consequently, the annual rate of interest accruing after December 31, 1984 will be a percentage of the adjusted rate established under Section 6621(c) on any substantial underpayment attributable to tax motivated transactions. Interest applying to the amount on line 5 below will be computed and assessed at the applicable percentage.

| | |
|---|---|
| 1. Total corrected tax liability, Form 4549, line 11 | 41,895.00 |
| 2. Total corrected tax liability without regard to tax motivated transactions | 34,324.00 |
| 3. Line 1 less line 2 - underpayment attributable to tax motivated transactions (0 if under $1,000) | 7,571.00 |
| 4. Tax Deficiency, Form 4549, line 13 | 7,571.00 |
| 5. Lesser of line 3 or line 4 - amount to which Section 6621(a) applies | 7,571.00 |

ADJUSTMENTS ATTRIBUTABLE TO TAX MOTIVATED TRANSACTIONS:

| | |
|---|---|
| ITC CARRYBACK FROM 1984 | 7,571.00 |

198112 - TAX PRD INTEREST COMPUTATION TO 02/20/2003

| | | |
|---|---|---|
| Total Tax Deficiency | | |
| Plus Penalties* | | 7,571.00 |
| -Overvaluation | 0.00 | |
| -Substantial Understatement | 0.00 | |
| -Failure to File | 0.00 | |
| -Negligence | 0.00 | |
| -Civil Fraud | 0.00 | |
| -Accuracy Penalties | 0.00 | |
| Total Penalties* | | 0.00 |
| Tax Deficiency and Penalties Subject to Interest | | 7,571.00 |

| Type | Effective Dates | Days | Rate | Regular Interest | TMT Interest** |
|---|---|---|---|---|---|
| COMPOUND | 04/15/1985-06/30/1985 | 76 | 13.00 | 207.70 | 42.21 |
| COMPOUND | 07/01/1985-12/31/1985 | 184 | 11.00 | 443.46 | 94.57 |
| COMPOUND | 01/01/1986-06/30/1986 | 181 | 10.00 | 417.95 | 94.48 |
| COMPOUND | 07/01/1986-12/31/1986 | 184 | 09.00 | 400.98 | 95.33 |
| COMPOUND | 01/01/1987-09/30/1987 | 273 | 09.00 | 629.47 | 158.51 |
| COMPOUND | 10/01/1987-12/31/1987 | 92 | 10.00 | 246.81 | 65.00 |
| COMPOUND | 01/01/1988-03/31/1988 | 91 | 11.00 | 274.94 | 74.23 |
| COMPOUND | 04/01/1988-09/30/1988 | 183 | 10.00 | 522.50 | 146.25 |
| COMPOUND | 10/01/1988-12/31/1988 | 92 | 11.00 | 300.36 | 87.05 |
| COMPOUND | 01/01/1989-03/31/1989 | 90 | 11.00 | 302.81 | 89.91 |
| COMPOUND | 04/01/1989-09/30/1989 | 183 | 12.00 | 701.72 | 216.38 |
| COMPOUND | 10/01/1989-12/31/1989 | 92 | 11.00 | 337.87 | 108.06 |
| COMPOUND | 01/01/1990-12/31/1990 | 365 | 11.00 | 1,436.69 | 486.18 |
| COMPOUND | 01/01/1991-03/31/1991 | 90 | 11.00 | 379.21 | 135.22 |
| COMPOUND | 04/01/1991-12/31/1991 | 275 | 10.00 | 1,108.96 | 411.09 |
| COMPOUND | 01/01/1992-03/31/1992 | 91 | 09.00 | 345.79 | 132.79 |
| COMPOUND | 04/01/1992-09/30/1992 | 183 | 08.00 | 637.73 | 250.44 |
| COMPOUND | 10/01/1992-12/31/1992 | 92 | 07.00 | 288.71 | 115.70 |
| COMPOUND | 01/01/1993-12/31/1993 | 365 | 07.00 | 1,200.23 | 495.89 |
| COMPOUND | 01/01/1994-06/30/1994 | 181 | 07.00 | 627.07 | 268.35 |
| COMPOUND | 07/01/1994-09/30/1994 | 92 | 08.00 | 374.38 | 163.15 |
| COMPOUND | 10/01/1994-12/31/1994 | 92 | 09.00 | 430.30 | 190.16 |
| COMPOUND | 01/01/1995-03/31/1995 | 90 | 09.00 | 430.49 | 193.04 |
| COMPOUND | 04/01/1995-06/30/1995 | 91 | 10.00 | 495.16 | 225.43 |
| COMPOUND | 07/01/1995-12/31/1995 | 184 | 09.00 | 933.39 | 434.55 |
| COMPOUND | 01/01/1996-03/31/1996 | 91 | 09.00 | 476.19 | 226.42 |
| COMPOUND | 04/01/1996-06/30/1996 | 91 | 08.00 | 432.32 | 208.27 |
| COMPOUND | 07/01/1996-12/31/1996 | 184 | 09.00 | 1,016.02 | 499.33 |
| COMPOUND | 01/01/1997-12/31/1997 | 365 | 09.00 | 2,162.92 | 1,107.25 |
| COMPOUND | 01/01/1998-03/31/1998 | 90 | 09.00 | 563.91 | 298.18 |
| COMPOUND | 04/01/1998-12/31/1998 | 275 | 08.00 | 1,596.31 | 864.42 |
| COMPOUND | 01/01/1999-03/31/1999 | 90 | 07.00 | 475.13 | 262.95 |
| COMPOUND | 04/01/1999-12/31/1999 | 275 | 08.00 | 1,724.99 | 975.65 |
| COMPOUND | 01/01/2000-03/31/2000 | 91 | 08.00 | 592.45 | 342.50 |
| COMPOUND | 04/01/2000-12/31/2000 | 275 | 09.00 | 2,104.60 | 1,246.10 |
| COMPOUND | 01/01/2001-03/31/2001 | 90 | 09.00 | 722.26 | 437.93 |
| COMPOUND | 04/01/2001-06/30/2001 | 91 | 08.00 | 662.97 | 406.47 |
| COMPOUND | 07/01/2001-12/31/2001 | 184 | 07.00 | 1,205.85 | 750.12 |
| COMPOUND | 01/01/2002-12/31/2002 | 365 | 06.00 | 2,150.59 | 1,371.38 |

198112 - TAX PRD INTEREST COMPUTATION TO 02/20/2003 (con't)

| Type | Effective Dates | Days | Rate | Regular Interest | TMT Interest* |
|---|---|---|---|---|---|
| COMPOUND | 04/15/1985-06/30/1985 | 76 | 13.00 | 207.70 | 42.21 |
| | | | Total Interest | 29,678.21 | 13,976.63 |
| | | | Total TMT Interest | 13,976.63 | |
| | | | Total Underpayment | 7,571.00 | |
| | | | Total Penalties | 0.00 | |
| | | | Total Amount Due | 51,225.84 | |

Additional interest will be charged at the current rate compounded daily. Interest is charged from the original due date of the return to a date 30 days after an agreement to the additional tax is signed, or to the date of payment, if earlier. Negligence and fraud penalties, if applicable, will also continue to be charged. Generally, if notice and demand is made for payment of any amount, and that amount is paid within 21 days after the date of the notice and demand, interest on the amount paid will not be charged after the date of the notice and demand. Since additional tax is due, you may want to pay it now and limit the interest and penalty charges.

* Interest on penalties became effective 7/19/1984 (1/1/1989 for Negligence and Civil Fraud) and is computed from the due date of the return unless a valid extension was filed. Extension date:

** TMT (Tax Motivated Transaction) interest is computed on the underpayment of tax attributable to such transactions for interest period after 12/31/84.