mailing the same on NOV 27 2001 in postage paid wrappers addressed as follows:

John Gigounas, Esq.
100 Pine Street
Suite 750
San Francisco, CA 94111

Dennis N. Brager, Esq.
2029 Century Park East,
Suite 2550
Los Angeles, CA 90067

Date: NOV 27 2001

MARION S. FRIEDMAN
Associate Area Counsel (LMSB)
Tax Court Bar No. FM0245

Assigned - Swift

ADM.
RECORDED
SERVICE
CAL.
STAT.
S.T. JUDGE
Swift
FILES

UNITED STATES TAX COURT
WASHINGTON, D.C. 20217

| | | |
|---|---|---|
| VULCAN OIL TECHNOLOGY PARTNERS, VANGUARD OIL TECHNOLOGY PARTNERS, DRAKE OIL TECHNOLOGY PARTNERS, DILLON OIL TECHNOLOGY PARTNERS, DERRINGER OIL TECHNOLOGY PARTNERS, 1981, DERRINGER OIL TECHNOLOGY PARTNERS 1982, CROWNE OIL TECHNOLOGY PARTNERS, LOUIS COPPAGE, TAX MATTERS PARTNER, | ) | |
| Petitioners | ) | |
| v. | ) | Docket No. 16768-88 |
| COMMISSIONER OF INTERNAL REVENUE, | ) | "ELEKTRA/HEMISPHERE" |
| Respondent | ) | |

ORDER AND ORDER OF DISMISSAL AND DECISION

By Orders dated December 21, 2001, and February 13, 2002, the Court directed the partners of Crowne Oil Technology Partners for its tax year 1984 and Vulcan Oil Technology Partners, Vanguard Oil Technology Partners, Drake Oil Technology Partners, Dillon Oil Technology Partners, Derringer Oil Technology Partners 1981, Derringer Oil Technology Partners 1982 for their tax years 1984 and 1985, whose names and addresses appear in Exhibits C through O attached to said Order, to show cause in writing why this case should not be dismissed for failure properly to prosecute. Upon due consideration, and for cause, it is

ORDERED that the Court's show cause orders dated December 21, 2001, and February 13, 2002, are hereby made absolute. It is further

ORDERED that respondent's Motion to Dismiss for Lack of Prosecution filed November 28, 2001, is granted. It is further

ORDERED AND DECIDED that the following statement shows the adjustments to the partnership items for the above-named partnerships and for the tax years as follows:

Exhibit "E"

SERVED JUN 1 3 2002

Dillon Oil Technology Partners - 1984 Tax Year

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Adjustments to Ordinary Income: | | |
| A. Interest Expense | $3,670,203.00 | $0.00 |
| B. Guaranteed Payments | 97,933.00 | 97,933.00 |
| C. Other Deductions: | | |
| 1. License Fee | 19,586,665.00 | $0.00 |
| 2. Miscellaneous | 288,595.00 | 288,595.00 |
| Total Deductions | $23,643,396.00 | $386,528.00 |
| Total Income | 4,820,046.00 | 4,820,046.00 |
| Total Ordinary (Loss)/Income | ($18,823,350.00) | $4,433,518.00 |
| Other Adjustments: | | |
| Net Earnings from Self-Employment | ($21,039.00) | ($755.00) |
| Unadjusted Basis in ITC Property: | | |
| New - 3 Year - Sec. 48(q) | $0.00 | $0.00 |
| New - Other - Sec. 48(q) | 0.00 | 0.00 |
| Tax Preference Items: | | |
| Gross Income from Oil, Gas and Geothermal Properties | $0.00 | $0.00 |
| Deductions Allocable to Oil, Gas and Geothermal Properties | 0.00 | 0.00 |
| Qualified Investment Income | 4,771,845.00 | 4,771,845.00 |
| Qualified Investment Expense | 288,595.00 | 288,595.00 |
| Cost Depletion Oil and Gas | $0.00 | $0.00 |
| Oil and Gas Depletion to the Extent of Basis | $0.00 | $0.00 |
| Intangible Drilling Costs | $0.00 | $0.00 |
| Investment Income for Investment Interest Expense | $4,820,046.00 | $4,820,046.00 |

It is further

ORDERED that in addition to normal service, the Clerk of the Court shall serve copies of this Order and Order of Dismissal and Decision on those partners of the above-named partnerships whose names and addresses appeared in Exhibits C through O that were made a part of the Court's show cause orders.

Stephen J. Swift
Judge

ENTERED: JUN 13 2002

PAGE NO-0001 IRS EMPLOYEE 0615504797

DATE REQUESTED 12-17-2004 PRINT DATE 12-17-2004

FORM NUMBER: 1040 TAX PERIOD: DEC 1984

TAXPAYER IDENTIFICATION NUMBER: [redacted]-9859
** SPOUSE TAXPAYER IDENTIFICATION NUMBER: [redacted]-4170

HAROLD A & RUTH COOPER

\- BODC-SB BODCLC-W

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF 01-12-2004 |
| ACCRUED PENALTY: | 0.00 | AS OF 01-12-2004 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 0.00 | |

** EXEMPTIONS: 02 **FILING STATUS: MARRIED FILING JOINT

| | |
|---|---|
| ** ADJUSTED GROSS INCOME: | 103,070.00 |
| ** TAXABLE INCOME: | 85,267.00 |
| TAX PER RETURN: | 4,642.00 |

** PER RETURN OR AS ADJUSTED

07-22-1985 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
09-09-1985 PROCESSING DATE

TRANSACTIONS

| CODE | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|---|
| 150 | RETURN FILED AND TAX ASSESSED 89211-215-03333-5 | 09-09-1985 | 4,891.60 |
| 806 | CREDIT FROM WITHHELD TAXES & EXCESS FICA | 04-15-1985 | 187.00- |
| 430 | ESTIMATED TAX DECLARATION | 04-15-1984 | 10,100.00- |
| 430 | ESTIMATED TAX DECLARATION | 06-11-1984 | 8,399.00- |
| 716 | OVERPAID CREDIT FROM PRIOR TAX PERIOD | 04-15-1984 | 1,076.00- |
| 430 | ESTIMATED TAX DECLARATION | 09-05-1984 | 9,788.00- |
| 460 | EXTENSION OF TIME TO FILE EXT. DATE 08-15-1985 | 04-15-1985 | |
| 766 | REFUNDABLE CREDIT | 04-15-1985 | 19.00- |
| 836 | OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | 04-15-1985 | 4,680.00 |
| 846 | REFUND | 09-09-1985 | 20,908.22 |
| 776 | INTEREST DUE TAXPAYER | 09-09-1985 | 910.82- |
| 291 | PRIOR TAX ABATED 89254-694-00098-5 | 11-11-1985 | 249.60- |
| 846 | REFUND | 11-11-1985 | 265.97 |
| 776 | INTEREST DUE TAXPAYER | 11-11-1985 | 16.37- |

****************************CONTINUED ON NEXT PAGE*****************************

Exhibit H

| | | | |
|---|---|---|---|
| 960 | RECEIVED POA/TIA | 09-26-1987 | |
| 640 | ADVANCE PAYMENT OF DEFICIENCY | 04-14-1988 | 713.20 |
| 350 | NEGLIGENCE PENALTY<br>198820 | 05-30-1988 | 160.97 |
| 300 | ADDITIONAL TAX ASSESSED BY EXAMINATION<br>89247-530-90043-8 198820 | 05-30-1988 | 713.00 |
| 336 | INTEREST ASSESSED<br>198820 | 05-30-1988 | 252.59 |
| 670 | SUBSEQUENT PAYMENT | 06-06-1988 | 413.36- |
| 961 | REMOVED POA/TIA | 02-06-1993 | |
| 640 | ADVANCE PAYMENT OF DEFICIENCY | 03-01-1993 | 9,081.00- |
| 680 | DESIGNATED INTEREST PAYMENT | 03-01-1993 | 11,005.00- |
| 777 | INTEREST DUE TAXPAYER REVERSED | 09-09-1985 | 21.10 |
| 777 | INTEREST DUE TAXPAYER REVERSED | 11-11-1985 | 16.37 |
| 197 | INTEREST ABATED | 03-29-1993 | 41.06- |
| 960 | RECEIVED POA/TIA | 10-06-1994 | |
| 197 | INTEREST ABATED | 02-03-1997 | 0.01- |
| 961 | REMOVED POA/TIA | 01-17-2000 | |
| 960 | RECEIVED POA/TIA | 02-28-2000 | |
| 961 | REMOVED POA/TIA | 04-06-2001 | |
| 340 | RESTRICTED INTEREST ASSESSED<br>200310 | 03-17-2003 | 32,810.28 |
| 772 | INTEREST CORRECTION | 03-17-2003 | 528.21 |
| 300 | ADDITIONAL TAX ASSESSED BY EXAMINATION<br>29247-456-08010-3 200310 | 03-17-2003 | 11,597.00 |
| 276 | FAILURE TO PAY TAX PENALTY<br>200310 | 03-17-2003 | 38.69 |
| 670 | SUBSEQUENT PAYMENT | 04-27-2003 | 26,489.82- |
| 960 | RECEIVED POA/TIA | 05-05-2003 | |
| 276 | FAILURE TO PAY TAX PENALTY<br>200320 | 05-26-2003 | 12.57 |
| 340 | RESTRICTED INTEREST ASSESSED<br>200336 | 09-15-2003 | 168.01 |
| 290 | ADDITIONAL TAX ASSESSED<br>28254-639-18000-3 200336 | 09-15-2003 | 0.00 |
| 826 | OVERPAYMENT CREDIT TRANSFERRED<br>1040 198212 | 04-27-2003 | 1,424.66 |

De[illegible]tment of the Treasury - Internal Revenue S[illegible]
Income Tax Examination Changes

| Name and Address of Taxpayer | SS or EI Number: | | Return Form No. |
|---|---|---|---|
| HAROLD A & RUTH COOPER<br>2809 LAS PIEDRAS DR<br>BURLINGAME CA 94010-5727 | [redacted]9359 | | 1040 |
| | Person with whom examination changes were discussed | Name and Title | |

| 1. Adjustments to Income | Period End 12/31/1983 | Period End 12/31/1984 | Period End 12/31/1985 |
|---|---|---|---|
| A. SCH E - DILLON OIL TECH | $ | $ | $ 7,007.00 |
| B. SCH E- DILLON OIL TECH | | 47,948.00 | |
| C. SCH E-DILLON OIL TECH | 43,698.00 | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| O. | | | |
| P. | | | |
| Q. | | | |
| R. | | | |
| S. | | | |
| 2. Total Adjustments | 43,698.00 | 47,948.00 | 7,007.00 |
| 3. Taxable Income Per Return or as Previously Adjusted | 110,366.00 | 40,386.00 | 61,266.00 |
| 4. Corrected Taxable Income | 154,064.00 | 88,334.00 | 68,273.00 |
| Tax Method | SCHEDULE G | TAX RATE | TAX RATE |
| Filing Status | JOINT | JOINT | JOINT |
| 5. Tax | 60,138.00 | 27,150.00 | 18,234.00 |
| 6. Additional Taxes | | | |
| 7. Corrected Tax Liability | 60,138.00 | 27,150.00 | 18,234.00 |
| 8. Less Credits A. INVESTMENT CREDIT | 19.00 | | |
| B. POLITICAL CONTRIBUTION | | 1.00 | |
| C. GENERAL BUSINESS CREDIT | | 10,197.00 | 9,772.00 |
| D. | | | |
| 9. Balance (Line 7 less total of lines 8A through 8D) | 60,119.00 | 16,952.00 | 8,462.00 |
| 10. Plus Other Taxes A. ALTERNATIVE MINIMUM TAX | | | 1,320.00 |
| B. | | | |
| C. | | | |
| D. | | | |
| 11. Total Corrected Tax Liability (Line 9 + lines 10A to 10D) | 60,119.00 | 16,952.00 | 9,782.00 |
| 12. Total Tax Shown on Return or as Previously Adjusted | 39,144.00 | 5,355.00 | 8,381.00 |
| 13. Adjustments to A. Special Fuels Credit | | | |
| B. | | | |
| 14. Deficiency - Increase in Tax or (Overassessment - Decrease in tax) (Line 11 less Line 12 adjusted by Line 13) | 20,975.00 | 11,597.00 | 1,401.00 |
| 15. Adjustments to Prepayment Credits | | | |
| 16. Balance Due or Overpayment (Line 14 Adjusted by Line 15) (Excluding Interest and penalties) | $ 20,975.00 | $ 11,597.00 | $ 1,401.00 |

The Internal Revenue Service has agreements with State tax agencies under which information about Federal tax, including increases or decreases, is exchanged with the States. If this change affects the amount of your State income tax, you should file the State form.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income and do not pay the required tax. The IRS may order backup withholding at 31 percent after four notices have been issued to you over a 120-day period and the tax has been assessed and remains unpaid.



Exhibit I

Department of the Treasury - Internal Revenue Service
Income Tax Examination Changes

| Name of Taxpayer: HAROLD A & RUTH COOPER | SS or EI Number: [redacted]3359 | Return Form No. 1040 |
|---|---|---|

| 17. Penalties | Period End 12/31/1983 | Period End 12/31/1984 | Period End 12/31/1985 |
|---|---|---|---|
| A. | $ | $ | $ |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| 18. Total Penalties | | | |
| 19. Underpayment attributable to negligence: (1981 - 1987) An Addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | | | |
| 20. Underpayment attributable to fraud: (1982 - 1987) An addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | | | |
| 21. Underpayment attributable to Tax Motivated Transactions: TMT Interest will accrue and be assessed at 120 percent of the underpayment rate in accordance with IRC 6621(c). | 20,975.00 | 11,597.00 | 1,401.00 |
| Summary of Taxes, Penalties and Interest: | | | |
| A. Balance due or Overpayment of Taxes (line 16, page 1) | 20,975.00 | 11,597.00 | 1,401.00 |
| B. Penalties (line 18, page 2) (computed to 02/20/2003) | | | |
| C. Interest (IRC 6601) (computed to 02/20/2003) | 31,100.76 | 14,054.27 | 1,371.54 |
| D. TMT Interest (computed to 02/20/2003 on TMT underpay) | 9,416.96 | 4,412.96 | 405.47 |
| E. Amount due or refund (sum of lines A. B. C. and D.) | 61,492.72 | 30,064.23 | 3,178.01 |

Other Information:

TMT interest applies to 1983, 1984, and 1985 per IRC 6621(c).

| Examiner's Signature | District | Date |
|---|---|---|
| Mrs. Price | Ogden Service Center | 01/21/2003 |

| FORM 886-A | EXPLANATION OF ITEMS | SCHEDULE/EXHIBIT |
|---|---|---|
| NAME OF TAXPAYER<br>HAROLD A & RUTH COOPER | [redacted]9859 | YEAR/PERIOD ENDED<br>198412 |

STANDARD PARAGRAPHS:

| | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| SCH E- DILLON OIL TECH | (47,948.00) | 0.00 | 47,948.00 |

We have adjusted your return in accordance with the examination results for the identified Partnership / S Corporation. The examination results are based on the provisions stipulated in the United States Tax Court decision regarding the Partnership / S Corporation return.

Because of the change in your Federal income tax, your investment credit carryback has been reduced and applied to the adjusted tax liability.

We have adjusted your alternative minimum tax because of an adjustment to your adjusted gross income. Your adjusted gross income is used in computing your alternative minimum taxable income.

Identification Number: [redacted]9859 TOTAL 5.00.00

198412 FORM 3800 - GENERAL BUSINESS CREDIT

| | | |
|---|---|---|
| 1. | Tentative Investment Credit | 10,197.00 |
| 2. | Tentative Jobs Credit | 0.00 |
| 3. | Tentative Alcohol Used as Fuel Credit | 0.00 |
| 5. | Carrybacks and Carryovers | 0.00 |
| 6. | Total Available Credit subject to Limitation | 10,197.00 |
| 7. | Income Tax liability as adjusted | 27,149.00 |
| 8. | General Business Credit Limitation | 26,827.00 |
| 9. | General Business Credit as Corrected | 10,197.00 |
| 10. | General Business Credit available for carryover or carryback | 0.00 |

198412 FORM 6251 - ALTERNATIVE MINIMUM TAX COMPUTATION

| | | | | |
|---|---|---|---|---|
| 1. | Adjusted Gross Income | | | 106,637.00 |
| 2. | Medical and dental expense | 0.00 | | |
| 3. | 0.050 of Adjusted Gross Income | 5,332.00 | | |
| 4. | Line 2 less line 3 | | 0.00 | |
| 5. | Contributions | | 1,357.00 | |
| 6. | Casualty and theft losses | | 0.00 | |
| 7. | Interest expense for residence | | 2,434.00 | |
| 8. | Other interest expense | 1,788.00 | | |
| 9. | Net Investment Income | 53,646.00 | | |
| 10. | Lesser of line 8 or 9 | | 1,788.00 | |
| 11. | Gambling losses to the extent of winnings | | 0.00 | |
| 12. | Estate tax allowable under Section 691(c) | | 0.00 | |
| 13. | Sum of lines 4, 5, 6, 7, 10, 11 and 12 | | | 5,579.00 |
| 14. | Line 1 less Line 13 | | | 101,058.00 |
| 15. | Tax preference items | | | 13,666.00 |
| 16. | Sum of lines 14 and 15 - Alt Min Taxable Income | | | 114,724.00 |
| 17. | Limitation amount | | | 40,000.00 |
| 18. | Line 16 less line 17 | | | 74,724.00 |
| 19. | 20% of line 18 | | | 14,945.00 |
| 20. | Adjusted tax less total credits | | | 16,952.00 |
| 21. | Line 19 less line 20 | | | 0.00 |
| 22. | Foreign Tax Credit | | | 0.00 |
| 23. | Line 21 less line 22 - ALTERNATIVE MINIMUM TAX | | | 0.00 |

198412 - EXPLANATION OF INTEREST ON TAX MOTIVATED TRANSACTION

It is determined that part of the underpayment of tax is attributable to tax motivated transactions as defined under Section 6621(c) of the Internal Revenue Code. Consequently, the annual rate of interest accruing after December 31, 1984 will be a percentage of the adjusted rate established under Section 6621(c) on any substantial underpayment attributable to tax motivated transactions. Interest applying to the amount on line 5 below will be computed and assessed at the applicable percentage.

| | | |
|---|---|---|
| 1. | Total corrected tax liability, Form 4549, line 11 | 16,952.00 |
| 2. | Total corrected tax liability without regard to tax motivated transactions | 5,355.00 |
| 3. | Line 1 less line 2 - underpayment attributable to tax motivated transactions (0 if under $1,000) | 11,597.00 |
| 4. | Tax Deficiency, Form 4549, line 13 | 11,597.00 |
| 5. | Lesser of line 3 or line 4 - amount to which Section 6621(a) applies | 11,597.00 |

ADJUSTMENTS ATTRIBUTABLE TO TAX MOTIVATED TRANSACTIONS:

| | |
|---|---|
| SCH E- DILLON OIL TECH | 47,948.00 |

198412 - TAX PRD INTEREST COMPUTATION TO 02/20/2003

| | | |
|---|---|---|
| Total Tax Deficiency | | 11,597.00 |
| Plus Penalties* | | |
| -Overvaluation | 0.00 | |
| -Substantial Understatement | 0.00 | |
| -Failure to File | 0.00 | |
| -Negligence | 0.00 | |
| -Civil Fraud | 0.00 | |
| -Accuracy Penalties | 0.00 | |
| Total Penalties* | | 0.00 |
| Tax Deficiency and Penalties Subject to Interest | | 11,597.00 |

| Type | Effective Dates | Days | Rate | Regular Interest | TMT Interest* |
|---|---|---|---|---|---|
| COMPOUND | 04/15/1985-06/30/1985 | 76 | 13.00 | 318.14 | 64.66 |
| COMPOUND | 07/01/1985-12/31/1985 | 184 | 11.00 | 679.28 | 144.85 |
| COMPOUND | 01/01/1986-06/30/1986 | 181 | 10.00 | 640.20 | 144.71 |
| COMPOUND | 07/01/1986-12/31/1986 | 184 | 09.00 | 614.21 | 146.01 |
| COMPOUND | 01/01/1987-09/30/1987 | 273 | 09.00 | 964.20 | 242.80 |
| COMPOUND | 10/01/1987-12/31/1987 | 92 | 10.00 | 378.06 | 99.57 |
| COMPOUND | 01/01/1988-03/31/1988 | 91 | 11.00 | 421.14 | 113.71 |
| COMPOUND | 04/01/1988-09/30/1988 | 183 | 10.00 | 800.34 | 224.03 |
| COMPOUND | 10/01/1988-12/31/1988 | 92 | 11.00 | 460.07 | 133.35 |
| COMPOUND | 01/01/1989-03/31/1989 | 90 | 11.00 | 463.83 | 137.73 |
| COMPOUND | 04/01/1989-09/30/1989 | 183 | 12.00 | 1,074.87 | 331.44 |
| COMPOUND | 10/01/1989-12/31/1989 | 92 | 11.00 | 517.54 | 165.52 |
| COMPOUND | 01/01/1990-12/31/1990 | 365 | 11.00 | 2,200.66 | 744.73 |
| COMPOUND | 01/01/1991-03/31/1991 | 90 | 11.00 | 580.86 | 207.13 |
| COMPOUND | 04/01/1991-12/31/1991 | 275 | 10.00 | 1,698.67 | 629.69 |
| COMPOUND | 01/01/1992-03/31/1992 | 91 | 09.00 | 529.66 | 203.41 |
| COMPOUND | 04/01/1992-09/30/1992 | 183 | 08.00 | 976.85 | 383.62 |
| COMPOUND | 10/01/1992-12/31/1992 | 92 | 07.00 | 442.24 | 177.22 |
| COMPOUND | 01/01/1993-03/01/1993 | 60 | 07.00 | 293.45 | 118.78 |

| | | |
|---|---|---|
| Total Interest | 14,054.27 | 4,412.96 |
| Total TMT Interest | 4,412.96 | |
| Total Underpayment | 11,597.00 | |
| Total Penalties | 0.00 | |
| Total Amount Due | 30,064.23 | |

Additional interest will be charged at the current rate compounded daily. Interest is charged from the original due date of the return to a date 30 days after an agreement to the additional tax is signed, or to the date of payment, if earlier. Negligence and fraud penalties, if applicable, will also continue to be charged. Generally, if notice and demand is made for payment of any amount, and that amount is paid within 21 days after the date of the notice and demand, interest on the amount paid will not be charged after the date of the notice and demand. Since additional tax is due, you may want to pay it now and limit the interest and penalty charges.

* Interest on penalties became effective 7/19/1984 (1/1/1989 for Negligence and Civil Fraud) and is computed from the due date of the return unless a valid extension was filed. Extension date:

** TMT (Tax Motivated Transaction) interest is computed on the underpayment of tax attributable to such transactions for interest period after 12/31/84.