**Crowne Oil Technology Partners - 1983 Tax Year**

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Adjustments to Ordinary Income: | | |
| A. Interest Expense | $1,113,855.00 | $0.00 |
| B. Guaranteed Payments | 48,456.00 | 48,456.00 |
| C. Depreciation | 2,575.00 | 2,575.00 |
| D. Other Deductions: | | |
| 1. License Fee | 5,945,000.00 | 0.00 |
| 2. Miscellaneous | 470,649.00 | 470,649.00 |
| Total Deductions | $7,580,535.00 | $521,680.00 |
| Total Income | 1,050,483.00 | 1,050,483.00 |
| Total Ordinary (Loss)/Income | ($6,530,052.00) | $528,803.00 |
| Other Adjustments: | | |
| Long Term Capital Gain | $7,360.00 | $7,360.00 |
| Net Earnings from Self-Employment | ($2,416.00) | $0.00 |
| Unadjusted Basis in ITC Property: | | |
| New - Other - Sec. 48(q) | $0.00 | $0.00 |
| Used - Other - Sec. 48(q) | 0.00 | 0.00 |
| Tax Preference Item: | | |
| Net Investment Income | $735,965.00 | $735,965.00 |
| Cost Depletion Oil and Gas | $0.00 | $0.00 |

**Derringer Oil Technology Partners 1981 - 1983 Tax Year**

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Adjustments to Ordinary Income: | | |
| A. Interest Expense | $895,482.00 | $0.00 |
| B. Guaranteed Payments | 11,066.00 | 11,066.00 |
| C. Depreciation | 1,717.00 | 1,717.00 |
| D. Other Deductions: | | |
| 1. License Fee | 1,803,750.00 | 0.00 |
| 2. Miscellaneous | 237,138.00 | 237,138.00 |
| Total Deductions | $2,949,153.00 | $249,921.00 |
| Total Income | 490,322.00 | 490,322.00 |
| Total Ordinary (Loss)/Income | ($2,458,831.00) | $240,401.00 |
| Other Adjustments: | | |
| Net Earnings from Self-Employment | ($7,847.00) | $268.00 |
| Unadjusted Basis in ITC Property: | | |
| New - Other - Sec. 48(q) | $0.00 | $0.00 |
| Used – Other – Sec. 48(q) | 0.00 | 0.00 |
| Tax Preference Item: | | |
| Net Investment Income | $329,754.00 | $329,754.00 |
| Cost Depletion Oil and Gas | $0.00 | $0.00 |
| Oil and Gas Depletion to the Extent of Basis | $0.00 | $0.00 |

**Derringer Oil Technology Partners 1982 - 1983 Tax Year**

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Adjustments to Ordinary Income: | | |
| A. Interest Expense | $833,900.00 | $0.00 |
| B. Guaranteed Payments | 21,339.00 | 21,339.00 |
| C. Other Deductions: | | |
| 1. License Fee | 9,000,000.00 | 0.00 |
| 2. Miscellaneous | 361,551.00 | 361,551.00 |
| Total Deductions | $10,216,790.00 | $382,890.00 |
| Total Income | 1,134,645.00 | 1,134,645.00 |
| Total Ordinary (Loss)/Income | ($9,082,145.00) | $751,755.00 |
| Other Adjustments: | | |
| Net Earnings from Self-Employment | ($29,099.00) | $165.00 |
| Unadjusted Basis in ITC Property: | | |
| New - Other - Sec. 48(q) | $0.00 | $0.00 |
| Used - Other - Sec. 48(q) | 0.00 | 0.00 |
| Tax Preference Item: | | |
| Net Investment Income | $840,219.00 | $840,219.00 |
| Cost Depletion Oil and Gas | $0.00 | $0.00 |
| Oil and Gas Depletion to the Extent of Basis | $0.00 | $0.00 |

**Dillon Oil Technology Partners - 1983 Tax Year**

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Adjustments to Ordinary Income: | | |
| Total Deductions | $22,777,786.00 | $5,358,169.00 |
| Total Income | 5,370,415.00 | 5,370,415.00 |
| Total Ordinary (Loss)/Income | ($17,407,371.00) | $12,246.00 |
| Other Adjustments: | | |
| Net Earnings from Self-Employment | $11,471.00 | $575.00 |
| Unadjusted Basis in ITC Property: | | |
| New - Other - Sec. 48(q) | $0.00 | $0.00 |
| Used - Other - Sec. 48(q) | 0.00 | 0.00 |
| Tax Preference Item: | | |
| Net Investment Income | $4,405,778.00 | $4,405,778.00 |
| Cost Depletion Oil and Gas | $0.00 | $0.00 |

**Drake Oil Technology Partners - 1983 Tax Year**

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Adjustments to Ordinary Income: | | |
| A. Interest Expense | $3,401,521.00 | $0.00 |
| B. Guaranteed Payments | 156,350.00 | 156,350.00 |
| C. Depreciation | 8,583.00 | 8,583.00 |
| D. Other Deductions: | | |
| 1. License Fee | 18,155,000.00 | 0.00 |
| 2. Miscellaneous | 1,476,651.00 | 1,476,651.00 |
| Total Deductions | $23,198,105.00 | $1,641,584.00 |
| Total Income | 3,189,395.00 | 3,189,395.00 |
| Total Ordinary (Loss)/Income | ($20,008,710.00) | $1,547,811.00 |
| Other Adjustments: | | |
| Net Earnings from Self-Employment | ($7,720.00) | $1,549.00 |
| Unadjusted Basis in ITC Property: | | |
| New - Other - Sec. 48(q) | $0.00 | $0.00 |
| Used - Other - Sec. 48(q) | 0.00 | 0.00 |
| Tax Preference Item: | | |
| Net Investment Income | $2,619,449.00 | $2,619,449.00 |
| Cost Depletion Oil and Gas | $0.00 | $0.00 |
| Oil and Gas Depletion to the Extent of Basis | $0.00 | $0.00 |

**Vanguard Oil Technology Partners - 1983 Tax Year**

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Adjustments to Ordinary Income: | | |
| A. Interest Expense | $604,236.00 | $0.00 |
| B. Guaranteed Payments | 24,152.00 | 24,152.00 |
| C. Depreciation | 1,762.00 | 1,762.00 |
| D. Other Deductions: | | |
| 1. License Fee | 3,225,000.00 | 0.00 |
| 2. Miscellaneous | 246,317.00 | 246,317.00 |
| Total Deductions | $4,101,467.00 | $272,231.00 |
| Total Income | 588,766.00 | 588,766.00 |
| Total Ordinary (Loss)/Income | ($3,512,701.00) | $316,535.00 |
| Other Adjustments: | | |
| Net Earnings from Self-Employment | ($1,138.00) | $300.00 |
| Unadjusted Basis in ITC Property: | | |
| New - Other - Sec. 48(q) | $0.00 | $0.00 |
| Used - Other - Sec. 48(q) | 0.00 | 0.00 |
| Tax Preference Item: | | |
| Net Investment Income | $419,992.00 | $419,992.00 |
| Cost Depletion Oil and Gas | $0.00 | $0.00 |
| Oil and Gas Depletion to the Extent Of Basis | $0.00 | $0.00 |

**Vulcan Oil Technology Partners - 1983 Tax Year**

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Adjustments to Ordinary Income: | | |
| A. Interest Expense | $993,008.00 | $0.00 |
| B. Guaranteed Payments | 41,809.00 | 41,809.00 |
| C. Depreciation | 2,575.00 | 2,575.00 |
| D. Other Deductions: | | |
| 1. License Fee | 5,300,000.00 | 0.00 |
| 2. Miscellaneous | 437,648.00 | 437,648.00 |
| Total Deductions | $6,775,040.00 | $482,032.00 |
| Total Income | 924,979.00 | 924,979.00 |
| Total Ordinary (Loss)/Income | $5,850,061.00 | $442,947.00 |
| Other Adjustments: | | |
| Net Earnings from Self-Employment | ($2,326.00) | $425.00 |
| Unadjusted Basis in ITC Property: | | |
| New - Other - Sec. 48(q) | $0.00 | $0.00 |
| Used - Other - Sec. 48(q) | 0.00 | 0.00 |
| Tax Preference Item: | | |
| Net Investment Income | $571,481.00 | $571,481.00 |
| Cost Depletion Oil and Gas | $0.00 | $0.00 |
| Oil and Gas Depletion to the Extent of Basis | $0.00 | $0.00 |

It is further

ORDERED that in addition to normal service, the Clerk of the Court shall serve copies of this Order and Order of Dismissal and Decision on those partners of the above-named partnerships whose names and addresses appeared in Exhibits C through I that were made a part of the Court's show cause order.

Stephen J. Swift
Judge

ENTERED: JUN 13 2002

PAGE NO-0001

IRS EMPLOYEE 0615540502

DATE REQUESTED 12-14-2004

PRINT DATE 12-14-2004

FORM NUMBER: 1040

TAX PERIOD: DEC 1983

TAXPAYER IDENTIFICATION NUMBER: [redacted]7008
** SPOUSE TAXPAYER IDENTIFICATION NUMBER: [redacted]2844

ARTHUR B & MIRIAM J GAUSS
145 JORDAN AVE
SAN FRANCISCO CA 94118-2565-450

BODC-SB BODCLC-W

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF 06-14-2004 |
| ACCRUED PENALTY: | 0.00 | AS OF 06-14-2004 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 0.00 | |

** EXEMPTIONS: 04
** ADJUSTED GROSS INCOME: 121,133.00
** TAXABLE INCOME: 79,880.00
TAX PER RETURN: 19,149.00

**FILING STATUS: MARRIED FILING JOINT

** PER RETURN OR AS ADJUSTED

08-16-1984 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
11-12-1984 PROCESSING DATE

TRANSACTIONS

| CODE | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|---|
| 150 | RETURN FILED AND TAX ASSESSED 89221-229-87315-4 | 11-12-1984 | 19,149.00 |
| 430 | ESTIMATED TAX DECLARATION | 04-15-1983 | 5,000.00- |
| 430 | ESTIMATED TAX DECLARATION | 06-15-1983 | 5,000.00- |
| 430 | ESTIMATED TAX DECLARATION | 09-15-1983 | 5,000.00- |
| 460 | EXTENSION OF TIME TO FILE EXT. DATE 08-15-1984 | 04-15-1984 | |
| 610 | PAYMENT WITH RETURN | 08-16-1984 | 4,386.00- |
| 196 | INTEREST ASSESSED 198444 | 11-12-1984 | 154.02 |
| 276 | FAILURE TO PAY TAX PENALTY 198444 | 11-12-1984 | 82.98 |
| 340 | RESTRICTED INTEREST ASSESSED 200322 | 06-09-2003 | 60,149.86 |
| 300 | ADDITIONAL TAX ASSESSED BY EXAMINATION 29247-540-08005-3 200322 | 06-09-2003 | 8,913.00 |
| 340 | RESTRICTED INTEREST ASSESSED 200330 | 08-04-2003 | 398.46 |

****************************CONTINUED ON NEXT PAGE****************************

Exhibit H

PAGE NO-0002 IRS EMPLOYEE 061554050[illegible]

| | | | |
|---|---|---|---|
| 290 | ADDITIONAL TAX ASSESSED<br>29254-592-18010-3 200330 | 08-04-2003 | 0.00 |
| 960 | RECEIVED POA/TIA | 07-21-2003 | |
| 340 | RESTRICTED INTEREST ASSESSED<br>200334 | 09-01-2003 | 642.33 |
| 290 | ADDITIONAL TAX ASSESSED<br>29254-626-18024-3 200334 | 09-01-2003 | 0.00 |
| 670 | SUBSEQUENT PAYMENT | 08-10-2003 | 69,505.00- |
| 670 | SUBSEQUENT PAYMENT | 10-01-2003 | 642.03- |
| 276 | FAILURE TO PAY TAX PENALTY<br>200341 | 10-20-2003 | 43.38 |
| 341 | RESTRICTED INTEREST ABATED | 02-09-2004 | 903.40- |
| 290 | ADDITIONAL TAX ASSESSED<br>29254-415-18027-4 200404 | 02-09-2004 | 0.00 |
| 846 | REFUND | 02-09-2004 | 917.03 |
| 776 | INTEREST DUE TAXPAYER | 02-09-2004 | 13.63- |

Department of the Treasury - Internal Revenue Service
Income Tax Examination Changes

| Name and Address of Taxpayer | SS or EI Number: | | Return Form No. |
|---|---|---|---|
| ARTHUR B & MIRIAM J GAUSS<br>145 JORDAN AVE<br><br>SAN FRANCISCO CA 94118-2565 | [redacted]7008 | | 1040 |
| | Person with whom examination changes were discussed | Name and Title | |

| 1. Adjustments to Income | Period End 12/31/1983 | Period End 12/31/1984 | Period End |
|---|---|---|---|
| A. ORDINARY INC 84-0862763 | $ 43,698.00 | $ 47,948.00 | $ |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| O. | | | |
| P. | | | |
| Q. | | | |
| R. | | | |
| S. | | | |
| 2. Total Adjustments | 43,698.00 | 47,948.00 | |
| 3. Taxable Income Per Return or as Previously Adjusted | 36,182.00 | 6,225.00 | |
| 4. Corrected Taxable Income | 79,880.00 | 54,173.00 | |
| Tax Method | TAX RATE | TAX RATE | |
| Filing Status | JOINT | JOINT | |
| 5. Tax | 24,761.00 | 12,954.00 | |
| 6. Additional Taxes | | | |
| 7. Corrected Tax Liability | 24,761.00 | 12,954.00 | |
| 8. Less Credits A. CHILD CARE CREDIT | 173.00 | | |
| B. INVESTMENT CREDIT | 38.00 | | |
| C. POLITICAL CONTRIBUTION | | 63.00 | |
| D. GENERAL BUSINESS CREDIT | | 304.00 | |
| 9. Balance (Line 7 less total of lines 8A through 8D) | 24,550.00 | 12,587.00 | |
| 10. Plus Other Taxes A. ITC RECAPTURE | 3.00 | 10.00 | |
| B. SELF EMPLOYMENT TAX | 3,509.00 | 4,271.00 | |
| C. | | | |
| D. | | | |
| 11. Total Corrected Tax Liability (Line 9 + lines 10A to 10D) | 28,062.00 | 16,868.00 | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 19,149.00 | 4,281.00 | |
| 13. Adjustments to A. Special Fuels Credit | | | |
| B. | | | |
| 14. Deficiency - Increase in Tax or (Overassessment - Decrease in tax) (Line 11 less Line 12 adjusted by Line 13) | 8,913.00 | 12,587.00 | |
| 15. Adjustments to Prepayment Credits | | | |
| 16. Balance Due or Overpayment (Line 14 Adjusted by Line 15) (Excluding Interest and penalties) | $ 8,913.00 | $ 12,587.00 | $ |

The Internal Revenue Service has agreements with State tax agencies under which information about Federal tax, including increases or decreases, is exchanged with the States. If this change affects the amount of your State income tax, you should file the State form.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income and do not pay the required tax. The IRS may order backup withholding at 31 percent after four notices have been issued to you over a 120-day period and the tax has been assessed and remains unpaid.



Exhibit I

Department of the Treasury - Internal Revenue Service
Income Tax Examination Changes

| Name of Taxpayer: ARTHUR B & MIRIAM J GAUSS | SS or EI Number: [redacted]7008 | Return Form No. 1040 |
|---|---|---|

| 17. Penalties | Period End 12/31/1983 | Period End 12/31/1984 | Period End |
|---|---|---|---|
| A. | $ | $ | $ |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |
| M. | | | |
| N. | | | |
| 18. Total Penalties | | | |
| 19. Underpayment attributable to negligence: (1981 - 1987) An Addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | | | |
| 20. Underpayment attributable to fraud: (1982 - 1987) An addition to the tax of 50 percent of the interest due on this underpayment will accrue until paid or assessed. | | | |
| 21. Underpayment attributable to Tax Motivated Transactions: TMT Interest will accrue and be assessed at 120 percent of the underpayment rate in accordance with IRC 6621(c). | 8,913.00 | 12,587.00 | |
| Summary of Taxes, Penalties and Interest: | | | |
| A. Balance due or Overpayment of Taxes (line 16, page 1) | 8,913.00 | 12,587.00 | |
| B. Penalties (line 18, page 2) (computed to 02/12/2003) | | | |
| C. Interest (IRC 6601) (computed to 02/12/2003) | 40,185.05 | 49,185.02 | |
| D. TMT Interest (computed to 02/12/2003 on TMT underpay) | 18,894.87 | 23,135.23 | |
| E. Amount due or refund (sum of lines A. B. C. and D.) | 67,992.92 | 84,907.25 | |

Other Information:

This is an estimate only. This does not show payments or credits. A billing will be sent, however any payments made will reduce the accruing interest.

| Examiner's Signature | District | Date |
|---|---|---|
| Ms. Mumford | Ogden Service Center | 01/13/2003 |

RGS Ver. 5.00.00



Form 4549A-CG (Rev. 1-91)

Name Of Taxpayer: ARTHUR B & MIRIAM J GAUSS 01/13/2003
Identification Number: [redacted]-7008 TOTAL 5.00.00

198312 FORM 6251 - ALTERNATIVE MINIMUM TAX COMPUTATION

| | | | |
|---|---|---|---|
| 1. Adjusted Gross Income | | | 121,133.00 |
| 2. Medical and dental expense | 0.00 | | |
| 3. 0.050 of Adjusted Gross Income | 6,057.00 | | |
| 4. Line 2 less line 3 | | 0.00 | |
| 5. Contributions | | 25,947.00 | |
| 6. Casualty and theft losses | | 0.00 | |
| 7. Interest expense for residence | | 0.00 | |
| 8. Other interest expense | 1,952.00 | | |
| 9. Net Investment Income | 21,278.00 | | |
| 10. Lesser of line 8 or 9 | | 1,952.00 | |
| 11. Gambling losses to the extent of winnings | | 0.00 | |
| 12. Estate tax allowable under Section 691(c) | | 0.00 | |
| 13. Sum of lines 4, 5, 6, 7, 10, 11 and 12 | | | 27,899.00 |
| 14. Line 1 less Line 13 | | | 93,234.00 |
| 15. Tax preference items | | | 68,647.00 |
| 16. Sum of lines 14 and 15 - Alt Min Taxable Income | | | 161,881.00 |
| 17. Limitation amount | | | 40,000.00 |
| 18. Line 16 less line 17 | | | 121,881.00 |
| 19. 20% of line 18 | | | 24,376.00 |
| 20. Adjusted tax less total credits | | | 24,550.00 |
| 21. Line 19 less line 20 | | | 0.00 |
| 22. Foreign Tax Credit | | | 0.00 |
| 23. Line 21 less line 22 - ALTERNATIVE MINIMUM TAX | | | 0.00 |

Name of Taxpayer: ARTHUR B & MIRIAM J GAUSS 01/13/2003
Identification Number: [redacted]-7008 TOTAL 5.00.00

198312 - EXPLANATION OF INTEREST ON TAX MOTIVATED TRANSACTION

It is determined that part of the underpayment of tax is attributable to tax motivated transactions as defined under Section 6621(c) of the Internal Revenue Code. Consequently, the annual rate of interest accruing after December 31, 1984 will be a percentage of the adjusted rate established under Section 6621(c) on any substantial underpayment attributable to tax motivated transactions. Interest applying to the amount on line 5 below will be computed and assessed at the applicable percentage.

| | | |
|---|---|---|
| 1. | Total corrected tax liability, Form 4549, line 11 | 28,062.00 |
| 2. | Total corrected tax liability without regard to tax motivated transactions | 19,149.00 |
| 3. | Line 1 less line 2 - underpayment attributable to tax motivated transactions (0 if under $1,000) | 8,913.00 |
| 4. | Tax Deficiency, Form 4549, line 13 | 8,913.00 |
| 5. | Lesser of line 3 or line 4 - amount to which Section 6621(a) applies | 8,913.00 |

ADJUSTMENTS ATTRIBUTABLE TO TAX MOTIVATED TRANSACTIONS:

| | |
|---|---|
| ORDINARY INC 84-0862763 | 43,698.00 |

Name of Taxpayer: ARTHUR B & MIRIAM J GAUSS 01/13/2003
Identification Number: [redacted]-7008 TOTAL 5.00.00

198312 - TAX PRD INTEREST COMPUTATION TO 02/12/2003

| | | |
|---|---|---|
| Total Tax Deficiency | | 8,913.00 |
| Plus Penalties* | | |
| -Overvaluation | 0.00 | |
| -Substantial Understatement | 0.00 | |
| -Failure to File | 0.00 | |
| -Negligence | 0.00 | |
| -Civil Fraud | 0.00 | |
| -Accuracy Penalties | 0.00 | |
| Total Penalties* | | 0.00 |
| Tax Deficiency and Penalties Subject to Interest | | 8,913.00 |

| Type | Effective Dates | Days | Rate | Regular Interest | TMT Interest** |
|---|---|---|---|---|---|
| COMPOUND | 04/15/1984-12/31/1984 | 260 | 11.00 | 724.31 | 0.00 |
| COMPOUND | 01/01/1985-06/30/1985 | 181 | 13.00 | 641.62 | 133.33 |
| COMPOUND | 07/01/1985-12/31/1985 | 184 | 11.00 | 586.00 | 130.30 |
| COMPOUND | 01/01/1986-06/30/1986 | 181 | 10.00 | 552.29 | 129.92 |
| COMPOUND | 07/01/1986-12/31/1986 | 184 | 09.00 | 529.86 | 130.89 |
| COMPOUND | 01/01/1987-09/30/1987 | 273 | 09.00 | 831.80 | 217.27 |
| COMPOUND | 10/01/1987-12/31/1987 | 92 | 10.00 | 326.15 | 88.98 |
| COMPOUND | 01/01/1988-03/31/1988 | 91 | 11.00 | 363.31 | 101.56 |
| COMPOUND | 04/01/1988-09/30/1988 | 183 | 10.00 | 690.44 | 199.89 |
| COMPOUND | 10/01/1988-12/31/1988 | 92 | 11.00 | 396.90 | 118.87 |
| COMPOUND | 01/01/1989-03/31/1989 | 90 | 11.00 | 400.14 | 122.70 |
| COMPOUND | 04/01/1989-09/30/1989 | 183 | 12.00 | 927.27 | 295.03 |
| COMPOUND | 10/01/1989-12/31/1989 | 92 | 11.00 | 446.47 | 147.21 |
| COMPOUND | 01/01/1990-12/31/1990 | 365 | 11.00 | 1,898.47 | 661.52 |
| COMPOUND | 01/01/1991-03/31/1991 | 90 | 11.00 | 501.09 | 183.79 |
| COMPOUND | 04/01/1991-12/31/1991 | 275 | 10.00 | 1,465.41 | 558.29 |
| COMPOUND | 01/01/1992-03/31/1992 | 91 | 09.00 | 456.93 | 180.22 |
| COMPOUND | 04/01/1992-09/30/1992 | 183 | 08.00 | 842.71 | 339.75 |
| COMPOUND | 10/01/1992-12/31/1992 | 92 | 07.00 | 381.51 | 156.90 |
| COMPOUND | 01/01/1993-12/31/1993 | 365 | 07.00 | 1,586.01 | 672.10 |
| COMPOUND | 01/01/1994-06/30/1994 | 181 | 07.00 | 828.63 | 363.48 |
| COMPOUND | 07/01/1994-09/30/1994 | 92 | 08.00 | 494.72 | 220.91 |
| COMPOUND | 10/01/1994-12/31/1994 | 92 | 09.00 | 568.60 | 257.44 |
| COMPOUND | 01/01/1995-03/31/1995 | 90 | 09.00 | 568.86 | 261.27 |
| COMPOUND | 04/01/1995-06/30/1995 | 91 | 10.00 | 654.32 | 305.03 |
| COMPOUND | 07/01/1995-12/31/1995 | 184 | 09.00 | 1,233.40 | 587.79 |
| COMPOUND | 01/01/1996-03/31/1996 | 91 | 09.00 | 629.25 | 306.16 |
| COMPOUND | 04/01/1996-06/30/1996 | 91 | 08.00 | 571.28 | 281.56 |
| COMPOUND | 07/01/1996-12/31/1996 | 184 | 09.00 | 1,342.60 | 674.84 |
| COMPOUND | 01/01/1997-12/31/1997 | 365 | 09.00 | 2,858.14 | 1,495.56 |
| COMPOUND | 01/01/1998-03/31/1998 | 90 | 09.00 | 745.17 | 402.56 |
| COMPOUND | 04/01/1998-12/31/1998 | 275 | 08.00 | 2,109.40 | 1,166.67 |
| COMPOUND | 01/01/1999-03/31/1999 | 90 | 07.00 | 627.85 | 354.78 |
| COMPOUND | 04/01/1999-12/31/1999 | 275 | 08.00 | 2,279.44 | 1,316.02 |
| COMPOUND | 01/01/2000-03/31/2000 | 91 | 08.00 | 782.88 | 461.86 |
| COMPOUND | 04/01/2000-12/31/2000 | 275 | 09.00 | 2,781.06 | 1,679.85 |
| COMPOUND | 01/01/2001-03/31/2001 | 90 | 09.00 | 954.41 | 590.19 |
| COMPOUND | 04/01/2001-06/30/2001 | 91 | 08.00 | 876.06 | 547.73 |
| COMPOUND | 07/01/2001-12/31/2001 | 184 | 07.00 | 1,593.43 | 1,010.62 |
| COMPOUND | 01/01/2002-12/31/2002 | 365 | 06.00 | 2,841.84 | 1,847.08 |

198312 - TAX PRD INTEREST COMPUTATION TO 02/12/2003 (con't)

| Type | Effective Dates | Days | Rate | Regular Interest | TMT Interest* |
|---|---|---|---|---|---|
| COMPOUND | 04/15/1984-12/31/1984 | 260 | 11.00 | 724.31 | 0.00 |
| | Total Interest | | | 40,185.05 | 18,894.87 |
| | Total TMT Interest | | | 18,894.87 | |
| | Total Underpayment | | | 8,913.00 | |
| | Total Penalties | | | 0.00 | |
| | Total Amount Due | | | 67,992.92 | |

Additional interest will be charged at the current rate compounded daily. Interest is charged from the original due date of the return to a date 30 days after an agreement to the additional tax is signed, or to the date of payment, if earlier. Negligence and fraud penalties, if applicable, will also continue to be charged. Generally, if notice and demand is made for payment of any amount, and that amount is paid within 21 days after the date of the notice and demand, interest on the amount paid will not be charged after the date of the notice and demand. Since additional tax is due, you may want to pay it now and limit the interest and penalty charges.

* Interest on penalties became effective 7/19/1984 (1/1/1989 for Negligence and Civil Fraud) and is computed from the due date of the return unless a valid extension was filed. Extension date:

** TMT (Tax Motivated Transaction) interest is computed on the underpayment of tax attributable to such transactions for interest period after 12/31/84.

| FORM 886-A | EXPLANATION OF ITEMS | SCHEDULE/EXHIBIT |
|---|---|---|
| NAME OF TAXPAYER<br>ARTHUR B & MIRIAM J GAUSS | [redacted]-7008 | YEAR/PERIOD ENDED<br>198312 |

STANDARD PARAGRAPHS:

| | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| ORDINARY INC 84-0862763 | (43,698.00) | 0.00 | 43,698.00 |

We have adjusted your return in accordance with the examination results for the identified Partnership / S Corporation. The examination results are based on the provisions stipulated in the United States Tax Court decision regarding the Partnership / S Corporation return.

Name of Taxpayer: ARTHUR B & MIRIAM J GAUSS 01/13/2003
Identification Number: [redacted]7008 TOTAL 5.00.00

## PAYMENT OR INSTALLMENT PLAN

If you agree with our proposed adjustment, to avoid additional interest charges, it is to your advantage to pay the full amount due now. If you are unable to pay the full amount at this time, you may make a partial payment and request, in writing, an installment plan.

Upon receipt of your request, we will either approve a monthly installment plan or ask you to fill out a financial statement that will help us understand your financial condition and ability to pay.

Installment plans are subject to some conditions, such as making payments on time, paying all other Federal taxes on time, and giving current financial information when requested. If we approve an installment plan, we will send you the additional information you will need.

Although the monthly installment plan may be approved, the penalties and interest will continue to accrue on the unpaid balance until the total amount due is paid.

Case 1:06-cv-00222-NBF Document 15-21 Filed 11/14/2006 Page 19 of 24



198412 FORM 3800 - GENERAL BUSINESS CREDIT

| | | |
|---|---|---|
| 1. | Tentative Investment Credit | 304.00 |
| 2. | Tentative Jobs Credit | 0.00 |
| 3. | Tentative Alcohol Used as Fuel Credit | 0.00 |
| 5. | Carrybacks and Carryovers | 0.00 |
| 6. | Total Available Credit subject to Limitation | 304.00 |
| 7. | Income Tax liability as adjusted | 12,891.00 |
| 8. | General Business Credit Limitation | 12,891.00 |
| 9. | General Business Credit as Corrected | 304.00 |
| 10. | General Business Credit available for carryover or carryback | 0.00 |

198412 - EXPLANATION OF INTEREST ON TAX MOTIVATED TRANSACTION

It is determined that part of the underpayment of tax is attributable to tax motivated transactions as defined under Section 6621(c) of the Internal Revenue Code. Consequently, the annual rate of interest accruing after December 31, 1984 will be a percentage of the adjusted rate established under Section 6621(c) on any substantial underpayment attributable to tax motivated transactions. Interest applying to the amount on line 5 below will be computed and assessed at the applicable percentage.

| | |
|---|---|
| 1. Total corrected tax liability, Form 4549, line 11 | 16,868.00 |
| 2. Total corrected tax liability without regard to tax motivated transactions | 4,281.00 |
| 3. Line 1 less line 2 - underpayment attributable to tax motivated transactions (0 if under $1,000) | 12,587.00 |
| 4. Tax Deficiency, Form 4549, line 13 | 12,587.00 |
| 5. Lesser of line 3 or line 4 - amount to which Section 6621(a) applies | 12,587.00 |

ADJUSTMENTS ATTRIBUTABLE TO TAX MOTIVATED TRANSACTIONS:

| | |
|---|---|
| ORDINARY INC 84-0862763 | 47,948.00 |

Name of Taxpayer: ARTHUR B & MIRIAM J GROSS
Identification Number: [redacted]7008 TOTAL

01/13/2003
5.00.00

198412 - TAX PRD INTEREST COMPUTATION TO 02/12/2003

| | | |
|---|---|---|
| Total Tax Deficiency | | 12,587.00 |
| Plus Penalties* | | |
| -Overvaluation | 0.00 | |
| -Substantial Understatement | 0.00 | |
| -Failure to File | 0.00 | |
| -Negligence | 0.00 | |
| -Civil Fraud | 0.00 | |
| -Accuracy Penalties | 0.00 | |
| Total Penalties* | | 0.00 |
| Tax Deficiency and Penalties Subject to Interest | | 12,587.00 |

| Type | Effective Dates | Days | Rate | Regular Interest | TMT Interest** |
|---|---|---|---|---|---|
| COMPOUND | 04/15/1985-06/30/1985 | 76 | 13.00 | 345.30 | 70.18 |
| COMPOUND | 07/01/1985-12/31/1985 | 184 | 11.00 | 737.26 | 157.23 |
| COMPOUND | 01/01/1986-06/30/1986 | 181 | 10.00 | 694.85 | 157.07 |
| COMPOUND | 07/01/1986-12/31/1986 | 184 | 09.00 | 666.64 | 158.48 |
| COMPOUND | 01/01/1987-09/30/1987 | 273 | 09.00 | 1,046.52 | 263.52 |
| COMPOUND | 10/01/1987-12/31/1987 | 92 | 10.00 | 410.34 | 108.06 |
| COMPOUND | 01/01/1988-03/31/1988 | 91 | 11.00 | 457.09 | 123.42 |
| COMPOUND | 04/01/1988-09/30/1988 | 183 | 10.00 | 868.67 | 243.15 |
| COMPOUND | 10/01/1988-12/31/1988 | 92 | 11.00 | 499.35 | 144.73 |
| COMPOUND | 01/01/1989-03/31/1989 | 90 | 11.00 | 503.43 | 149.48 |
| COMPOUND | 04/01/1989-09/30/1989 | 183 | 12.00 | 1,166.63 | 359.74 |
| COMPOUND | 10/01/1989-12/31/1989 | 92 | 11.00 | 561.72 | 179.65 |
| COMPOUND | 01/01/1990-12/31/1990 | 365 | 11.00 | 2,388.53 | 808.30 |
| COMPOUND | 01/01/1991-03/31/1991 | 90 | 11.00 | 630.44 | 224.82 |
| COMPOUND | 04/01/1991-12/31/1991 | 275 | 10.00 | 1,843.68 | 683.44 |
| COMPOUND | 01/01/1992-03/31/1992 | 91 | 09.00 | 574.88 | 220.77 |
| COMPOUND | 04/01/1992-09/30/1992 | 183 | 08.00 | 1,060.24 | 416.37 |
| COMPOUND | 10/01/1992-12/31/1992 | 92 | 07.00 | 480.00 | 192.34 |
| COMPOUND | 01/01/1993-12/31/1993 | 365 | 07.00 | 1,995.41 | 824.44 |
| COMPOUND | 01/01/1994-06/30/1994 | 181 | 07.00 | 1,042.53 | 446.14 |
| COMPOUND | 07/01/1994-09/30/1994 | 92 | 08.00 | 622.42 | 271.23 |
| COMPOUND | 10/01/1994-12/31/1994 | 92 | 09.00 | 715.38 | 316.15 |
| COMPOUND | 01/01/1995-03/31/1995 | 90 | 09.00 | 715.70 | 320.94 |
| COMPOUND | 04/01/1995-06/30/1995 | 91 | 10.00 | 823.22 | 374.78 |
| COMPOUND | 07/01/1995-12/31/1995 | 184 | 09.00 | 1,551.79 | 722.45 |
| COMPOUND | 01/01/1996-03/31/1996 | 91 | 09.00 | 791.68 | 376.43 |
| COMPOUND | 04/01/1996-06/30/1996 | 91 | 08.00 | 718.75 | 346.24 |
| COMPOUND | 07/01/1996-12/31/1996 | 184 | 09.00 | 1,689.17 | 830.14 |
| COMPOUND | 01/01/1997-12/31/1997 | 365 | 09.00 | 3,595.92 | 1,840.84 |
| COMPOUND | 01/01/1998-03/31/1998 | 90 | 09.00 | 937.52 | 495.73 |
| COMPOUND | 04/01/1998-12/31/1998 | 275 | 08.00 | 2,653.92 | 1,437.12 |
| COMPOUND | 01/01/1999-03/31/1999 | 90 | 07.00 | 789.92 | 437.16 |
| COMPOUND | 04/01/1999-12/31/1999 | 275 | 08.00 | 2,867.85 | 1,622.04 |
| COMPOUND | 01/01/2000-03/31/2000 | 91 | 08.00 | 984.97 | 569.41 |
| COMPOUND | 04/01/2000-12/31/2000 | 275 | 09.00 | 3,498.96 | 2,071.68 |
| COMPOUND | 01/01/2001-03/31/2001 | 90 | 09.00 | 1,200.78 | 728.06 |
| COMPOUND | 04/01/2001-06/30/2001 | 91 | 08.00 | 1,102.21 | 675.77 |
| COMPOUND | 07/01/2001-12/31/2001 | 184 | 07.00 | 2,004.75 | 1,247.10 |
| COMPOUND | 01/01/2002-12/31/2002 | 365 | 06.00 | 3,575.42 | 2,279.95 |

Name of Taxpayer: ARTHUR B & MIRIAM J GAUSS
Identification Number: [redacted]-7008 TOTAL 01/13/2003
5.00.00

198412 - TAX PRD INTEREST COMPUTATION TO 02/12/2003 (con't)

| Type | Effective Dates | Days | Rate | Regular Interest | TMT Interest* |
|---|---|---|---|---|---|
| COMPOUND | 04/15/1985-06/30/1985 | 76 | 13.00 | 345.30 | 70.18 |
| | Total Interest | | | 49,185.02 | 23,135.23 |
| | Total TMT Interest | | | 23,135.23 | |
| | Total Underpayment | | | 12,587.00 | |
| | Total Penalties | | | 0.00 | |
| | Total Amount Due | | | 84,907.25 | |

Additional interest will be charged at the current rate compounded daily. Interest is charged from the original due date of the return to a date 30 days after an agreement to the additional tax is signed, or to the date of payment, if earlier. Negligence and fraud penalties, if applicable, will also continue to be charged. Generally, if notice and demand is made for payment of any amount, and that amount is paid within 21 days after the date of the notice and demand, interest on the amount paid will not be charged after the date of the notice and demand. Since additional tax is due, you may want to pay it now and limit the interest and penalty charges.

* Interest on penalties became effective 7/19/1984 (1/1/1989 for Negligence and Civil Fraud) and is computed from the due date of the return unless a valid extension was filed. Extension date:

** TMT (Tax Motivated Transaction) interest is computed on the underpayment of tax attributable to such transactions for interest period after 12/31/84.

| FORM 886-A | EXPLANATION OF ITEMS | SCHEDULE/EXHIBIT |
|---|---|---|
| NAME OF TAXPAYER<br>ARTHUR B & MIRIAM J GAUSS | [redacted]7008 | YEAR/PERIOD ENDED<br>198412 |

STANDARD PARAGRAPHS:

| | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| ORDINARY INC 84-0862763 | (47,948.00) | 0.00 | 47,948.00 |

We have adjusted your return in accordance with the examination results for the identified Partnership / S Corporation. The examination results are based on the provisions stipulated in the United States Tax Court decision regarding the Partnership / S Corporation return.

EVENT SUMMARY REPORT — Interest Version 2004.3
Taxpayer name...: Gauss - 1983 — 07-05-05
Taxpayer ID#....: — Page 1

| Events | Date | Amount | Event Date Balance (1) |
|---|---|---|---|
| Tax | 04-27-84 | 8,913.00 | 8,913.00 |
| Interest Computation Date | 06-09-03 | | 49,704.74 |

(1) Balance includes any interest and penalties accrued as of the Event Date

Summary as of 06-09-03

| | Amount | Payments | Deposits | Balance |
|---|---|---|---|---|
| Tax | 8,913.00 | 0.00 | 0.00 | 8,913.00 |
| Interest | 40,791.74 | 0.00 | 0.00 | 40,791.74 |
| Totals | 49,704.74 | 0.00 | 0.00 | 49,704.74 |

Prepared using: FEDERAL IRS interest rates
Table end date: 09-30-04 TVS Table

| | | | |
|---|---|---|---|
| | 60,149.86 | Interest Assessed | 6-9-03 |
| + | 398.46 | " " | 8-4-03 |
| + | 642.33 | " " | 9-1-03 |
| - | 903.40 | " Abated | 2-9-04 |
| | 60,287.25 | Total interest Assessed | |
| - | 40,704.74 | Interest w/o §6621(c) | |
| | 19,582.51 | Interest Due to §6621(c) | |

Exhibit I