**REDDING & ASSOCIATES, P.C.**

ATTORNEYS AT LAW
2914 West T.C. Jester
Houston, Texas 77018-7010
Telephone: (713) 965-9244 • Telecopier: (713) 621-5227

Thomas E. Redding, J.D.
Sallie W. Gladney, J.D.

Teresa J. Womack, J.D.
Brett A. Thompson, J.D., C.P.A.

July 5, 2005

**PRIORITY CERTIFIED MAIL**
**# 7002 3150 0005 7422 1063**
**RETURN RECEIPT REQUESTED**

Internal Revenue Service Center
Austin, TX 73301

Re: Steven J. Koehler (SSN [redacted]3356) and Janis Z. Koehler (SSN [redacted]4563)
Form 843, Claim for Refund and Request for Abatement, for 1983
Form 8822, Change of Address, for tax years 1983

Dear Sirs:

Enclosed are the above refund claims to be filed for the above clients. Please mail the refunds in my care in accordance with the instructions on Part 6 of the attached power of attorney.

**The claim is timely filed within two years of payment of the amount sought to be refunded.**

Very truly yours,

REDDING & ASSOCIATES, P.C.

Sallie W. Gladney

Enclosures - Form 843
Form 8822
Power of Attorney

PLAINTIFFS' EXHIBIT S

R:\DOCS\CORRESP.Q\QGWL6275.KO1.wpd

7002 3150 0005 7422 1063

U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 3.95 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 8.00 |

Postmark Here: HOUSTON TX OAK FOREST STA JUL 5 2005 USPS 77018

Koehler .100

Sent To: Internal Revenue Service Center
Street, Apt. No.; or PO Box No.
City, State, ZIP+4: Austin, TX 73301

PS Form 3800, June 2002 — See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Internal Revenue Service Center
Austin, TX 73301

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RECEIVED
100 JUL 0 8 2005 IRS-AUSC
AUSTIN, TEXAS

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7002 3150 0005 7422 1063

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540