# In the United States Court of Federal Claims

**No. 06-222T**
**(Filed: November 17, 2006)**

* * * * * * * * * * * * * * * * *
*
**LLOYD W. BAILEY, et. al.,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## ORDER

Based on the parties' representations during the joint preliminary status conference held on November 17, 2006 that the above-captioned case includes some claims that arise out of the same partnership and partnership activity as the claims in McGann v. United States, 05-1189T, and that the remaining claims arise from essentially the same fact pattern as and presents common issues of fact and law, the above-captioned case is **STAYED** pending a decision on the government's motion to dismiss in McGann.[1]

Ten days following a decision in McGann the parties shall file a joint status report in the above-captioned case proposing the next steps in the litigation.

---

[1]The parties also informed the court that some of the same issues, including the jurisdictional issue of the timeliness of the filing of the refund claims, are presented in other cases pending before the court: Keener v. United States, 03-2028T; Isler v. United States, 01-344T; Scuteri v. United States, 01-358T; and Prati v. United States, 02-60T.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: Judge Charles F. Lettow
Judge Francis M. Allegra
Judge Lawrence M. Block