IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-222 T

(Judge Nancy B. Firestone)

LLOYD W. BAILEY et. al. (including STEVEN J. KOEHLER and JANIS Z. KOEHLER),

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT

Pursuant to the Court's Order [Doc. #16], the parties hereby provide the following report. The order provided that, ten days following a decision on the government's motion to dismiss in *McGann v. U.S.*, Fed. Cl. No. 05-1189, the parties "shall file a joint status report . . . proposing the next steps in the litigation." *See Order* [Doc. #16] at 1.

On May 17, 2007, the Court denied the government's motion to dismiss in *McGann*. The Court held that consideration of the taxpayers' refund claim was not barred by the six month period for filing an administrative refund claim set forth in 26 U.S.C. § 6230(c)(2)(A). *See McGann v. U.S.*, - - Fed. Cl. - - , 2007 WL 1464570 (Fed. Cl. May 17, 2007).

With respect to the next steps, the parties recommend that the Court continue the stay in this case pending the final disposition of *McGann*. The parties earlier informed the Court that *McGann* arises from essentially the same fact pattern as and presents common issues of fact and law with this case. *See JPSR* [Doc. #13] ¶ 4(b); *see also Order* [Doc. #16] at 1. Given the

identity of fact pattern and common issues of fact and law (material individual issues of law and fact may also exist), the parties believe that the final resolution of *McGann* likely will have substantial impact on the resolution of the present case. And while, as of the filing of this report, a schedule for further proceedings in *McGann* has not been established, the parties agree that further proceedings in *McGann* are necessary. In sum, the parties believe the efficient administration of justice would be significantly promoted by continuing the stay in this case pending the final disposition of *McGann*.

Accordingly, the parties recommend that the Court continue the stay in this case, and that, within 30 days of the final disposition of *McGann*, they file a joint status report expressing their views on how the outcome of *McGann* impacts this case and proposals for further proceedings.

Should the Court decide not to continue the stay in this case, the parties request the opportunity to submit another joint status report proposing a schedule for dispositive motions and/or discovery.

Plaintiffs' attorney has consented to defendant's attorney signing and filing this Joint Status Report on her behalf.

Respectfully submitted,

06/01/2007 s/Sallie W. Gladney by s/Bart D. Jeffress
Date

SALLIE W. GLADNEY
Redding & Associates, P.C.
2914 West T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (fax)

Attorneys for Plaintiffs

06/01/2007 s/Bart D. Jeffress
Date BART D. JEFFRESS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6496
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

06/01/2007 s/Steven I. Frahm
Date Of Counsel

Attorneys for Defendant