# In the United States Court of Federal Claims

**No. 06-222T**
**(Filed: May 15, 2008)**

* * * * * * * * * * * * * * * * *

**LLOYD W. BAILEY, et. al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## ORDER

Pursuant to the status conference held on May 14, 2008, the court hereby **ORDERS** the following:

| | |
|---|---|
| **September 15, 2008** | All discovery shall be completed. |
| **September 29, 2008** | The parties shall submit a joint status report proposing the next steps in the litigation. |

The parties shall proceed with discovery as dictated above unless and until the government notifies the court that the Solicitor General has given final authorization to appeal the decision in McGann v. United States, 2008 WL 1891398 (Fed. Cl. Apr. 25, 2008) ("McGann II"). If such an appeal is authorized, the government shall file notice within five (5) business days of the Solicitor General's decision.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge