IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-222 T
(Judge Nancy B. Firestone)

---

LLOYD W. BAILEY et. al. (including STEVEN J. KOEHLER and JANIS Z. KOEHLER),

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

---

JOINT STATUS REPORT

---

The parties report that on July 14, 2008, the Solicitor General determined not to appeal the judgment resulting from *McGann v. United States*, 81 Fed. Cl. 642 (2008).

The plaintiffs' attorney has agreed that the defendant's trial attorney may file this status report as a joint filing.

Respectfully submitted,

s/ Robert Stoddart
ROBERT STODDART
Justice Department (Tax)
P. O. Box 26; Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM, Assistant Chief

s/ Steven I. Frahm
Of counsel

July 17, 2008